**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of __Delaware__
(State)

Case number (If known): _____ Chapter _____

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual        12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:

   ☐ Chapter 7
   ☒ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**

   Tough Mudder Incorporated

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

   Tough Mudder, LLC

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   4 6 - 5 6 5 2 5 7 6
   EIN

5. **Debtor's address**

   **Principal place of business**

   15 MetroTech Center
   Number    Street

   _____

   Brooklyn              NY    11201
   City                  State  ZIP Code

   Kings County
   County

   **Mailing address, if different**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City                  State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____

   _____
   City                  State  ZIP Code

Official Form 205                Involuntary Petition Against a Non-Individual                page 1

Debtor  __Tough Mudder Incorporated__    Case number (if known)_____
         Name

## 6. Debtor's website (URL)
www.toughmudder.com

## 7. Type of debtor

- [X] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- [ ] Partnership (excluding LLP)
- [ ] Other type of debtor. Specify: _____

## 8. Type of debtor's business

Check one:

- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [X] None of the types of business listed.
- [ ] Unknown type of business.

## 9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?

- [ ] No
- [X] Yes. Debtor __Tough Mudder Event Production Incorporated__ Relationship __Affiliate__

    District __Delaware__ Date filed __01/07/2020__ Case number, if known _____
    MM / DD / YYYY

    Debtor _____ Relationship _____
    District _____ Date filed _____ Case number, if known _____
    MM / DD / YYYY

## Part 3: Report About the Case

## 10. Venue

Check one:

- [X] Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

## 11. Allegations

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked*:

- [X] The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- [ ] Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

## 12. Has there been a transfer of any claim against the debtor by or to any petitioner?

- [X] No
- [ ] Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor: Tough Mudder Incorporated

Case number (if known): _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Valley Builders, LLC | Services rendered | $ 307,189.53 |
| Trademarc Associates Inc. | Services rendered | $ 292,454.93 |
| David Watkins Homes Inc. | Services rendered | $ 256,014.75 |
| | Total of petitioners' claims | $ 854,558.40 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

### Petitioners or Petitioners' Representative

**Name and mailing address of petitioner**

Name: Valley Builders, LLC

Number Street: 775 Furnace Street

City: Emmaus    State: PA    ZIP Code: 18049

**Name and mailing address of petitioner's representative, if any**

Name: _____

Number Street: _____

City: _____    State: _____    ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 01 / 07 / 2020

X _[signature]_
Signature of petitioner or representative, including representative's title

### Attorneys

Printed name: David W. Carickhoff

Firm name, if any: Archer & Greiner, P.C.

Number Street: 300 Delaware Avenue, Suite 1100

City: Wilmington    State: DE    ZIP Code: 19801

Contact phone: (302) 777-4350    Email: dcarickhoff@archerlaw.com

Bar number: 3715

State: Delaware

X _[signature]_
Signature of attorney

Date signed: 01 / 07 / 2020

Debtor  Tough Mudder Incorporated
Name

Case number (if known) _____

---

**Name and mailing address of petitioner**

Trademarc Associates Inc.
Name

880 Cara Court
Number  Street

Bangor            PA         18013
City              State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

MARC POLICELLI
Name

880 CARA CT
Number  Street

BANGOR            PA         18013
City              State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/06/2020
            MM / DD / YYYY

X _[signature]_
Signature of petitioner or representative, including representative's title

---

David W. Carickhoff
Printed name

Archer & Greiner, P.C.
Firm name, if any

300 Delaware Avenue, Suite 1100
Number  Street

Wilmington        DE         19801
City              State      ZIP Code

Contact phone  (302) 777-4350   Email  dcarickhoff@archerlaw.com

Bar number  3715

State       Delaware

X _[signature]_
Signature of attorney

Date signed  01/07/2020
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

David Watkins Homes Inc.
Name

659 Wexford Drive
Number  Street

Lafayette         IN         47905
City              State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number  Street

_____
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
            MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

---

David W. Carickhoff
Printed name

Archer & Greiner, P.C.
Firm name, if any

300 Delaware Avenue, Suite 1100
Number  Street

Wilmington        DE         19801
City              State      ZIP Code

Contact phone  (302) 777-4350   Email  dcarickhoff@archerlaw.com

Bar number  3715

State       Delaware

X _____
Signature of attorney

Date signed  _____
             MM / DD / YYYY

---

Debtor  Tough Mudder Incorporated
        Name

Case number (if known)_____

---

**Name and mailing address of petitioner**

Trademarc Associates Inc.
Name

880 Cara Court
Number  Street

Bangor                       PA        18013
City                         State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number  Street

_____
City         State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
             MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

---

David W. Carickhoff
Printed name

Archer & Greiner, P.C.
Firm name, if any

300 Delaware Avenue, Suite 1100
Number  Street

Wilmington                   DE        19801
City                         State     ZIP Code

Contact phone  (302) 777-4350   Email dcarickhoff@archerlaw.com

Bar number    3715

State         Delaware

✗ _____
Signature of attorney

Date signed  _____
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

David Watkins Homes Inc.
Name

659 Wexford Drive
Number  Street

Lafayette                    IN        47905
City                         State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number  Street

_____
City         State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/04/2020
             MM / DD / YYYY

✗ /s/ _____
Signature of petitioner or representative, including representative's title

---

David W. Carickhoff
Printed name

Archer & Greiner, P.C.
Firm name, if any

300 Delaware Avenue, Suite 1100
Number  Street

Wilmington                   DE        19801
City                         State     ZIP Code

Contact phone  (302) 777-4350   Email dcarickhoff@archerlaw.com

Bar number    3715

State         Delaware

✗ /s/ _____
Signature of attorney

Date signed  01/07/2020
             MM / DD / YYYY

---

## Corporate Ownership Statements

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------x

In re:

TOUGH MUDDER INCORPORATED and
TOUGH MUDDER EVENT PRODUCTION
INCORPORATED,

Alleged Debtors.

Chapter 11

Case No. –
Case No. –

------------------------------------------------------------x

## CORPORATE OWNERSHIP STATEMENT

Valley Builders LLC ("**Valley Builders**"), petitioning creditor in the above-captioned cases, pursuant to Fed. R. Bank. P. 7007.1, states that there is no corporation that, directly or indirectly, owns 10% or more of any classes of the equity interest in Valley Builders.

Dated: Emmaus, Pennsylvania
       January 7, 2020

William Wall
*President of Valley Builders LLC*

217825949v1

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

-----------------------------------------------------------x

In re:                                                                    Chapter 11

TOUGH MUDDER INCORPORATED and                   Case No. –
TOUGH MUDDER EVENT PRODUCTION              Case No. –
INCORPORATED,

       Alleged Debtors.

-----------------------------------------------------------x

## CORPORATE OWNERSHIP STATEMENT

Trademarc Associates Inc. ("**Trademarc**"), petitioning creditor in the above-captioned cases, pursuant to Fed. R. Bank. P. 7007.1, states that there is no corporation that, directly or indirectly, owns 10% or more of any classes of the equity interest in Trademarc.

Dated: Bangor, Pennsylvania
       January 6, 2020

                                                  Marc Policelli
                                                  *President of Trademarc Associates Inc.*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

-----------------------------------------------------------x

In re:                                                          Chapter 11

TOUGH MUDDER INCORPORATED and                                   Case No. --
TOUGH MUDDER EVENT PRODUCTION                                   Case No. --
INCORPORATED,

    Alleged Debtors.

-----------------------------------------------------------x

## CORPORATE OWNERSHIP STATEMENT

    David Watkins Homes Inc. ("**David Watkins Homes**"), petitioning creditor in the above-captioned cases, pursuant to Fed. R. Bank. P. 7007.1, states that there is no corporation that, directly or indirectly, owns 10% or more of any classes of the equity interest in David Watkins Homes.

Dated: Lafayette, Indiana
       January 06 2020

                                              David Watkins
                                              *President of David Watkins Homes Inc.*

217826293v1