**Exhibit A**
**Organizational Structure**

