**Exhibit C**
**Affidavit of William Wall**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

-----------------------------------------------------------x

In re:                                                    Chapter 11

TOUGH MUDDER INCORPORATED and          Case No. –
TOUGH MUDDER EVENT PRODUCTION          Case No. –
INCORPORATED,

        Alleged Debtors.

-----------------------------------------------------------x

STATE OF PENNSYLVANIA        :
                                  :  ss.
COUNTY OF LEHIGH             :

### <u>AFFIDAVIT OF WILLIAM WALL</u>

WILLIAM WALL, being duly sworn, on oath deposes and says:

1.        I am the President of Valley Builders, LLC ("**<u>Valley Builders</u>**"), Petitioning Creditor herein.

2.        Petitioning Creditors Valley Builders, Trademarc Associates Inc. and David Watkins Homes Inc., filed involuntary petitions in the United States Bankruptcy Court for the District of Delaware against Tough Mudder Incorporated ("**<u>Tough Mudder</u>**") and Tough Mudder Event Production Incorporated ("**<u>Tough Mudder Events</u>**"), alleged debtors (together, the "**<u>Alleged Debtors</u>**").

3.        Valley Builders is the holder of an unsecured claim against the Alleged Debtors in the amount of $307,189.53 for construction services rendered.

4.        Both Tough Mudder and Tough Mudder Events are obligors based upon a master services agreement dated March 12, 2019, executed between Tough Mudder Events and Valley Builders, and invoices therewith, which are issued on Tough Mudder Event's form by Valley

Builders to Tough Mudder. In prior years, the agreement and payment were made directly with Tough Mudder (or its predecessor, Tough Mudder LLC). Tough Mudder then created Tough Mudder Events to stand as the events production entity. Valley Builders is an obligee of both Tough Mudder (under the invoices) and Tough Mudder Events (under the master services agreements), and understands that Tough Mudder directs, and is the recipient of the flow of cash in and the payor of the flow of cash out of other entities.

5.      Valley Builders' claim against the Alleged Debtors is not contingent as to liability or the subject of a bona fide dispute as to the liability or amount.

6.      I have been close with the management of the Alleged Debtors and have provided services to them as described in the agreement and the invoices attached hereto. I am surprised that apparently they have let operations cease without communication or explanation, and that they have not pursued a sale or reorganization strategy. Immediate action must be taken to preserve the enterprise and the value for the benefit of creditors and other stakeholders.

7.      I have read the motion for an interim trustee, filed herewith, and am familiar with and support the allegations and requests made therein and would so testify to the Court.



William Wall

Sworn and subscribed to
before me on this _14_ day
of January, 2020.

Notary Public

Notary Public State of Florida
Nita Patel
My Commission GG 332688
Expires 07/10/2023

**<u>Master Services Agreement</u>**

# FILED UNDER SEAL

**<u>Invoices</u>**

# FILED UNDER SEAL