**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TOUGH MUDDER INCORPORATED and TOUGH MUDDER EVENT PRODUCTION INCORPORATED, | Case No. 20-10036 (CSS) <br> Case No. 20-10037 (CSS) |
| Debtors. | |

## NOTICE CANCELLING STATUS CONFERENCE

PLEASE TAKE NOTICE that on January 7, 2020, petitioning creditors Valley Builders LLC, Trademarc Associates Inc. and David Watkins Homes Inc. filed involuntary petitions under chapter 11 of the Bankruptcy Code against alleged debtors Tough Mudder Incorporated and Tough Mudder Event Production Inc.

PLEASE TAKE FURTHER NOTICE that, on January 21, 2020, in each of the above captioned cases, the Court entered the *Order for Relief in Involuntary Case* and the *Order Directing the Appointment of Chapter 11 Trustee*.

PLEASE TAKE FURTHER NOTICE that a status conference was to be held on January 24, 2020 @ 2:30 p.m. (ET) before the Honorable Christopher S. Sontchi, Chief United States Bankruptcy Judge, 824 Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT THE STATUS CONFERENCE SCHEDULED FOR JANUARY 24, 2020 AT 2:30 P.M. HAS BEEN *CANCELLED* BY THE COURT.

Dated: January 22, 2020

ARCHER & GREINER, P.C.

By: ___*/s/ Kevin F. Shaw*_____
David W. Carickhoff (No. 3715)
Kevin F. Shaw (No. 6239)
300 Delaware Ave., Suite 1100
Wilmington, Delaware 19801
Telephone:  (302) 777-4350
Facsimile:  (302) 777-4352
Email: dcarickhoff@archerlaw.com
         kshaw@archerlaw.com

- and -

Allen G. Kadish (*pro hac vice*)
630 Third Avenue
New York, New York 10017
Telephone:  (212) 682-4940
Email: akadish@archerlaw.com

*Attorneys for Petitioning Creditors*

217895600v2