# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TOUGH MUDDER INCORPORATED; TOUGH MUDDER EVENT PRODUCTION INCORPORATED | Case No. 20-10036 (CSS) Case No. 20-10037 (CSS) |
| Debtors. | |

## NOTICE OF APPOINTMENT OF CHAPTER 11 TRUSTEE

To: Derek C. Abbott, Esq.
Morris Nichols Arsht & Tunnell LLP
1201 N. Market St.
Wilmington, DE  19899-1347
Phone: (302) 351-9357
*Email: dabbott@mnat.com*

Pursuant to the Order of this Court entered on January 21, 2020 (Docket No. 18) directing the United States Trustee to appoint a chapter 11 trustee in the above-captioned cases, the United States Trustee hereby appoints Derek C. Abbott, Esq. to serve as the chapter 11 trustee.

The chapter 11 trustee bond is initially set at $500,000.  The bond may require adjustment as the trustee collects and liquidates assets of the estates, and the trustee is directed to inform the Office of the United States Trustee when changes to the bond amount are required or made.  Pursuant to 11 U.S.C. § 322, the bond must be filed with the United States Trustee within five (5) days of the date of your appointment.

You are required to notify the Court and the United States Trustee, in writing, within

seven (7) days after receipt of this notice of your acceptance of this appointment.

Dated: January 29, 2020            **ANDREW R. VARA**
      Wilmington, Delaware        **UNITED STATES TRUSTEE, REGIONS THREE AND NINE**

By: */s/ Jane Leamy*
Jane Leamy (DE ID 4113)
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491