**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TOUGH MUDDER INCORPORATED; <br> TOUGH MUDDER EVENT PRODUCTION <br> INCORPORATED | Case No. 20-10036 (CSS) <br> Case No. 20-10037 (CSS) |
| Debtors. | |

**APPLICATION OF THE UNITED STATES TRUSTEE**
**FOR ENTRY OF AN ORDER APPROVING THE APPOINTMENT**
**OF DEREK C. ABBOTT, ESQ., AS CHAPTER 11 TRUSTEE**

Andrew R. Vara, United States Trustee for Regions Three and Nine (the "United States Trustee"), through his undersigned counsel, hereby applies to this Court pursuant to Rule 2007.1 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for entry of an order approving the appointment of Derek C. Abbott, Esq. as the chapter 11 trustee in the above-captioned cases (the "Application"). In support of the Application, the United States Trustee respectfully represents as follows:

**Jurisdiction**

1. This Court has jurisdiction over the Application pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. Pursuant to 28 U.S.C. § 586(a)(3), the United States Trustee is charged with administrative oversight of the bankruptcy system in this District. Such oversight is part of the United States Trustee's overarching responsibility to enforce the laws as written by Congress and interpreted by the courts. *See United States Trustee v. Columbia Gas Systems, Inc. (In re Columbia Gas Systems, Inc.),* 33 F.3d 294, 295-96 (3d Cir. 1994) (noting that United States Trustee

has "public interest standing" under 11 U.S.C. § 307 which goes beyond mere pecuniary interest); *Morgenstern v. Revco D.S., Inc. (In re Revco D.S., Inc.)*, 898 F.2d 498, 500 (6th Cir. 1990) (describing the United States Trustee as a "watchdog"); *see also* 11 U.S.C. § 1104(e) (United States Trustee shall seek appointment of a trustee in appropriate circumstances); 28 U.S.C. § 586(a)(8) (United States Trustee's responsibility to seek relief under 11 U.S.C. § 1112(b) in appropriate circumstances).

## Background

3. On January 21, 2020, this Court entered the Order Directing the Appointment of a Chapter 11 Trustee (the "Order").

4. Pursuant to the Order, the United States Trustee has appointed Derek C. Abbott, Esq. as chapter 11 trustee (the "Proposed Trustee") in the above-captioned cases. A copy of the Notice of Appointment is attached hereto as **Exhibit A**.

5. Counsel for the United State Trustee has consulted with the following parties-in-interest regarding the appointment of the Trustee: (i) David Carickhoff, Esq., Archer & Greiner, P.C., counsel to the petitioning creditors, (ii) Frank White, Esq., Arnall Golden Gregory LLP, counsel to Active Network, LLC, and (iii) Adrienne Walker, Esq., Mintz Levin, Cohen, Ferris, Glovky and Popeo, P.C., counsel to Spartan Race, Inc.

6. To the best of the United States Trustee's knowledge, the Proposed Trustee's connections with the Debtors, creditors, any other parties in interest, their respective attorneys, the United States Trustee, and persons employed in the Office of the United States Trustee, are limited to the connections set forth in the Declaration of Mr. Abbott attached hereto as **Exhibit B**. Attached as **Exhibit C** is a Declaration of Mr. Abbott setting forth other relevant information.

WHEREFORE, the United States Trustee requests that the Court enter an order, substantially in the form attached hereto as **Exhibit D**, approving the appointment of Derek C. Abbott, Esq. as chapter 11 trustee in the above-captioned cases.

Dated: January 29, 2020
      Wilmington, Delaware

Respectfully submitted,

**ANDREW R. VARA**
**UNITED STATES TRUSTEE, REGIONS**
**THREE AND NINE**

By: */s/ Jane Leamy*
Jane Leamy (DE ID 4113)
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491