# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TOUGH MUDDER INCORPORATED;<br>TOUGH MUDDER EVENT PRODUCTION INCORPORATED<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10036 (CSS)<br>Case No. 20-10037 (CSS) |

**ORDER APPROVING THE APPOINTMENT OF**
**DEREK C. ABBOTT, ESQ. AS CHAPTER 11 TRUSTEE**

The Court having considered the Application of the United States Trustee for Entry of an Order Approving the Appointment of Derek C. Abbott, Esq. as chapter 11 trustee in the above-captioned cases, therefore, it is

ORDERED, that the appointment is approved.

**Dated: January 30th, 2020**
**Wilmington, Delaware**

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**