**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TOUGH MUDDER INCORPORATED; <br> TOUGH MUDDER EVENT PRODUCTION <br> INCORPORATED | Case No. 20-10036 (CSS) <br> Case No. 20-10037 (CSS) |
| Debtors. | |

## NOTICE OF ACCEPTANCE

I, Derek C. Abbott, Esq., hereby acknowledge my appointment and agree to serve as chapter 11 trustee in the Tough Mudder Incorporated and Tough Mudder Event Production Incorporated cases.

January 31, 2020

*/s/ Derek C. Abbott*
Derek C. Abbott, Esq.