

ORIGINAL
FILED
2020 FEB -4  AM 8: 39
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Ori S. Blumenfeld (CA 259112)
Law Office of Ori S. Blumenfeld
405 N. Palm Dr.
#203
Beverly Hills, CA 90210
310-405-2016
oblumenfeldlaw@gmail.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re                                                    BK. No. 20-10036-CSS
Tough Mudder Incorporated
aka Tough Mudder, LLC,                      Chapter 11

Debtor.
_____/

### REQUEST FOR SPECIAL NOTICE

**IT IS HEREBY REQUESTED** that copies of any and all notices and orders sent to any person or entity in connection with this case, including, without limitation, service of any proposed disclosure statement and notice of any hearing to consider the adequacy of the disclosure statement in accordance with 11 U.S.C. §1125 and also including those notices sent pursuant to Subdivision (a) of Bankruptcy Rule 2002, or succeeding rules, for which Alanic International Corporation, a California corporation, its assignees and/or successors in interest, is entitled to service or notice, and that a courtesy copy also be sent to:

Law Office of Ori S. Blumenfeld
405 N. Palm Dr.
#203
Beverly Hills, CA 90210

This does not constitute a general appearance for any purpose and is not a waiver of any service requirements, under applicable law, including, but not limited to Bankruptcy Rule 7004.

Dated: January 29, 2020

By /s/ ORI S. BLUMENFELD
ORI S. BLUMENFELD, ESQ., CA BAR #259112
As Agent for Claimant

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

FILED 2020 FEB -4 AM 8:39 CLERK U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE

I, Ori S. Blumenfeld, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 405 N. Palm Dr., #203, Beverly Hills, CA 90210.

On 1/29/2020, I served the within **REQUEST FOR SPECIAL NOTICE** on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Tough Mudder Incorporated
15 MetroTech Center Brooklyn, NY 11201
Debtor in Pro Se

U.S. Trustee
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

  I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

  I certify under penalty of perjury that the foregoing is true and correct.

Executed on 1/28/2020, at Beverly Hills, California.

  /s/ Ori S. Blumenfeld