# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: DMC | Date Created: 2/5/2020 |
| Case: 20−10036−CSS | Form ID: 309F | Total: 26 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
stkhld        William Dean
TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Tough Mudder Incorporated | 15 MetroTech Center    Brooklyn, NY 11201 |
| cr | Valley Builders LLC | 775 Furnace Street    Emmaus, PA 18049 |
| cr | Trademarc Associates Inc. | 880 Cara Court    Bangor, PA 18013 |
| cr | David Watkins Homes Inc. | 659 Wexford Drive    Lafayette, IN 47905 |
| cr | Navy Federal Credit Union, et al | c/o Prober & Raphael, A Law Corporation    20750 Ventura Boulevard, Suite 100    Woodland Hills, CA 91364 |
| tr | Derek C. Abbott | Morris Nichols Arsht & Tunnell LLP    1201 North Market Street    Wilmington, DE 19801 |
| aty | Adrienne K. Walker | Mintz,Levin,Cohn,Ferris,Glovsky,Popeo    One Financial Center    Boston, MA 02111 |
| aty | Allen G. Kadish | Archer & Greiner, P.C.    630 Third Avenue, 7th Floor    New York, NY 10017 |
| aty | Christopher Dean Loizides | Loizides, P.A.    1225 King Street    Suite 800    Wilmington, DE 19801 |
| aty | David W. Carickhoff | Archer & Greiner P.C.    300 Delaware Avenue, Suite 1100    Wilmington, DE 19801 |
| aty | Jane M. Leamy | Office of the United States Trustee    844 King Street    Suite 2207    Wilmington, DE 19801 |
| aty | Kathleen M. Miller | Smith, Katzenstein & Jenkins LLP    800 Delaware Avenue    P.O. Box 410    Wilmington, DE 19899 |
| aty | Kevin F. Shaw | Archer & Greiner, P.C.    300 Delaware Ave. Suite 1100    Wilmington, DE 19801 |
| aty | Ori S. Blumenfeld | Law Office of Ori S. Blumenfeld    405 N. Palm Dr.    #203    Beverly Hills, CA 90210 |
| 14529849 | Alanic International Corporation | Law Office of Ori S. Blumenfeld    405 N. Palm Drive    #203    Beverly Hills, CA 90210 |
| 14531763 | Alanic International Corporation | c/o Law Office of Ori S. Blumenfeld    405 N. Palm Dr.    #203    Beverly Hills, CA 90210 |
| 14529636 | Chandler Clarke | 273 16th St    505    273 16th St, 505    Jersey City, NJ 07310 |
| 14531884 | Delaware State Treasury | 820 Silver Lake Blvd., Suite 100    Dover, DE 19904 |
| 14531883 | Internal Revenue Service | P. O. Box 7346    Philadelphia, PA 19101−7346 |
| 14530184 | Michael Angelo | 172 Meserole Street    Apartment 1B    Brooklyn, NY 11206 |
| 14441074 | Navy Federal Credit Union, et al | c/o PROBER & RAPHAEL, A LAW CORPORATION    20750 Ventura Boulevard, Suite 100    Woodland Hills, California 91364 |
| 14531885 | Secretary of State | Division of Corporations    Franchise Tax    P.O. Box 898    Dover, DE 19903 |
| 14531881 | Securities & Exchange Commission | 100 F Street, NE    Washington, DC 20549 |
| 14531882 | Securities & Exchange Commission | New York Regional Office    Attn: Andrew Calamari, Regional Director    Brookfield Place    200 Vesey Street, Suite 400    New York, NY 10281−1022 |
| 14402269 | Tex Ritter | 342 N School St    Grass Valley, CA 95945−6133 |

TOTAL: 25