## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | Chapter 11 |
| TOUGH MUDDER INCORPORATED; and TOUGH MUDDER EVENT PRODUCTION INCORPORATED, | Case No. 20-10036 (CSS)<br>Case No. 20-10037 (CSS) |
| Debtors. | **[Requested] Objection Deadline: February 20, 2020, at 4:00 p.m. (ET)**<br><br>**[Requested] Hearing Date: February 25, 2020, at 1:00 p.m. (ET)** |

### NOTICE OF HEARING REGARDING CHAPTER 11 TRUSTEE'S MOTION FOR ENTRY OF AN ORDER (I) APPROVING ENTRY INTO AND PERFORMANCE UNDER ASSET PURCHASE AGREEMENT BY AND AMONG SPARTAN RACE, INC., AND DEBTORS' CHAPTER 11 TRUSTEE, (II) AUTHORIZING THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS, (III) APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN CONTRACTS AND RELATED PROCEDURES, (IV) APPROVING THE BID PROTECTIONS, AND (V) GRANTING RELATED RELIEF

PLEASE TAKE NOTICE that on February 7, 2020, Derek C. Abbott, Esq., the chapter 11 trustee (the "Trustee") for Tough Mudder Inc. and Tough Mudder Event Production Inc. (collectively, the "Debtors") in the above-captioned chapter 11 cases filed the **Chapter 11 Trustee's Motion for Entry of an Order (I) Approving Entry Into and Performance Under Asset Purchase Agreement by and Among Spartan Race, Inc., and Debtors' Chapter 11 Trustee, (II) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (III) Approving the Assumption and Assignment of Certain Contracts and Related Procedures, (IV) Approving the Bid Protections, and (V) Granting Related Relief** (the "Motion").

PLEASE TAKE FURTHER NOTICE that any party wishing to oppose the entry of an order approving the Motion must file a response or objection (an "Objection") if any, to the Motion with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before the requested deadline of **February 20, 2020 at 4:00 p.m. (Eastern Standard Time)** (the "Objection Deadline"). At the same time, you must serve such Objection upon the following parties (the "Notice Parties") so as to be received on or before the Objection Deadline: (i) proposed counsel to the Trustee, Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, Wilmington, DE 19801, Attn: Curtis S. Miller (cmiller@mnat.com), Matthew B. Harvey (mharvey@mnat.com), Joseph C. Barsalona II (jbarsalona@mnat.com), and Brett S. Turlington (bturlington@mnat.com); (ii) counsel to Spartan Race, Inc., or its designee: (a) Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., One Financial Center, Boston, MA 02111, Attn: Adrienne K. Walker (awalker@mintz.com), and (b) Loizides, P.A., 1255 King Street, Suite 800,

Wilmington, DE 19801, Attn: Christopher S. Loizides, (loizides@loizies.com); and (iii) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Jane Leamy, Esq. (jane.m.leamy@usdoj.gov).

PLEASE TAKE FURTHER NOTICE THAT only Objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court at such hearing.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION HAS BEEN REQUESTED FOR **FEBRUARY 25, 2020, AT 1:00 P.M. (EASTERN STANDARD TIME)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM #6, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION, INCLUDING THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS **FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS**, WITHOUT FURTHER NOTICE OR HEARING.

Dated:  February 7, 2020
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/  Matthew B. Harvey*
Curtis S. Miller (No. 4583)
Matthew B. Harvey (No. 5186)
Joseph C. Barsalona II (No. 6102)
Matthew O. Talmo (No. 6333)
Brett S. Turlington (No. 6705)
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: cmiller@mnat.com
         mharvey@mnat.com
         jbarsalona@mnat.com
         mtalmo@mnat.com
         bturlington@mnat.com

*Proposed Counsel for Derek C. Abbott, Esq., as Chapter 11 Trustee to Tough Mudder Inc. and Tough Mudder Event Production Incorporated*