# Exhibit D

**Potential Assumed and Assigned Contracts and Related Cure Amounts**

| | Assumed Events | | | | |
|---|---|---|---|---|---|
| **Counterparty** | **Counterparty Address** | **Event Dates** | **Brief Description** | **Effective Date** | **Cure Amount** |
| Camp William B. Snyder (Boy Scouts of America) | Camp William B. Snyder (Boy Scouts of America)<br>6100 Antioch Rd, Haymarket, VA 20169<br><br>National Capital Area Council, BSA<br>Attn: Mario Perez<br>9190 Rockville Pike,<br>Bethesda, MD 20814 | May 30-31, 2020 | Virginia Venue | 9/25/19 | $25,000.00 |
| Chicago Rockford International Airport | Chicago Rockford International Airport<br>Attn: Michael Dunn<br>Greater Rockford Airport Authority<br>2 Airport Cir, Rockford, IL 61109 | August 22-23, 2020 | Chicago Venue | 9/30/2019 | $0.00 |
| Lake Elsinore | Lake Elsinore<br>Attn: Mark Beskid<br>500 Diamond Dr.<br>Lake Elsinore, CA 92530 | Nov 14-15, 2020 | So Cal Venue | 9/30/19 | $10,000.00 |
| Palmer Coking Coal Company | Palmer Coking Coal Company<br>Attn: William Kombol<br>31407 WA-169<br>Black Diamond, WA 98010 | Sept 19-20, 2020 | Seattle Venue | 9/19/19 | $13,879.00 |
| Raceway Park | Raceway Park<br>Attn: Michael Napoliello<br>Old Bridge Township Raceway, Inc.<br>230 Pension Rd, Englishtown, NJ 07726 | Sept 12-13, 2020 | Tri-State Venue | 9/18/19 | $110,000.00 |
| Wild Wings of Oneka | Wild Wings of Oneka<br>Attn: Jeff Hughes<br>9491 152nd St. N<br>Hugo, MN 55038 | July 11-12, 2020 | Twin Cities Venue | 4/9/19 | $0.00 |

| Assumed Contracts | | | |
|---|---|---|---|
| **Counterparty** | **Counterparty Address** | **Contract Type** | **Cure Amount** |
| AWS | Amazon Web Services<br>440 Terry Ave N<br>Seattle, WA 98109 | Software License | $3,000.00 |
| Black Tie Sports (Croatia) | Black Tie Sports Ltd. (Croatia)<br>Attn: Marko Martinović<br>Wangdun Road 135<br>SIP, Suzhou, China | Licensee | $0.00 |
| Bynder | Bynder<br>321 Summer Street<br>1st Floor<br>Boston, MA 02210 | Software License | $0.00 |
| Cho TM Korea (South Korea) | Cho TM Korea (South Korea)<br>Attn: Andrew Cho<br>200 Winston Drive<br>Clifside Park, NJ 07010 | Licensee | $0.00 |
| Cloudingo | Cloudingo<br>4004 Beltline Road, Suite 120<br>Dallas, TX 75001 | Software License | $0.00 |
| Crescent Valley Ltd (South Africa) | Crescent Valley Pty Ltd (South Africa)<br>Attn: Andrew Douglas<br>35 Bell Cresent<br>Tokai, WC 7945, South Africa | Licensee | $0.00 |
| Diffusion | Diffusion<br>Attn: Liz Duggan<br>244 5th Avenue<br>New York, NY 10001 | Vendor / Service Provider | $16,001.00 |
| Dyehard Fan Supply | Dyehard Fan Supply<br>Attn: Scott Killian<br>1001 West Fourth Street<br>Winstom-Salem, NC 27101 | Vendor / Service Provider | $0.00 |

| | | | |
|---|---|---|---|
| Event Hub | Event Hub<br>Attn: Michael Bleu<br>6523 California Avenue, Suite 148<br>Seattle, WA 98136 | Sponsor / Revenue / Comm. Support | $0.00 |
| Every Man Jack | Every Man Jack<br>Attn: Ritch Viola<br>500 Tamal Plaza<br>Suite 505<br>Corte Madera, CA 94925 | Sponsor / Revenue / Comm. Support | $0.00 |
| Github | Github<br>88 Colin P Kelly Jr St<br>San Francisco, CA 94107 | Software License | $100.00 |
| G-Suite | Google G-Suite<br>1600 Amphitheatre Pkwy<br>Mountain View, CA 94043 | Software License | $0.00 |
| Hamburger Asia (Singapore, Malaysia) | Hamburger Asia (Singapore, Malaysia)<br>Attn: Miyeera Navaretna<br>Hamburger Asia Sdn. Bhd.<br>Level 7, Oasis Wing,<br>Brunsfield, Oasis Tower 3, 2, Jalan PJU 1A/7A,<br>Oasis Square, Oasis Damansara<br>47301 Petaling Jaya, Selangor Darul Ehsan,<br>Malaysia | Licensee | $0.00 |
| IBM/Silverpop | IBM/Silverpop<br>Attn: Mark Hetterly<br>3 East 28th Street<br>New York, NY 10016 | Software License | $36,213.00 |
| IMG (Australia) | IMG (Australia)<br>Attn: Marcus Gale<br>Level 8<br>580 St. Kilda Road<br>Melbourne, Victoria, Australia | Licensee | $635.00 |

| | | | |
|---|---|---|---|
| KHO Capital (Philippines) | KHO Capital (Philippines)<br>Attn: Jake Zimmerman<br>KHO Capital<br>832 A. Arnaiz Ave<br>2nd Floor<br>Makati, Philippines | Licensee | $0.00 |
| Materialogic | Materialogic<br>Attn: A. Milton Cornwell<br>3100 Corporate Exchange Ct.<br>Bridgeton, MO 63044 | Vendor / Service Provider | $22,543.14 |
| Navy Federal Credit Union | Navy Federal Credit Union<br>Attn: Patty Valezuela Stover<br>820 Follin Lane<br>Vienna, VA 22180 | Sponsor / Revenue / Comm. Support | $0.00 |
| One Trust | One Trust<br>Attn: Steve Rubenstein<br>1200 Abernathy Rd NE, Building 600<br>Atlanta, GA 30328 | Software License | $6,336.00 |
| Pantheon | Pantheon<br>Attn: Job Gregory<br>717 California Street<br>San Francisco, CA 94108 | Vendor / Service Provider | $13,256.69 |
| Ponto Org Organizacao de Eventos Ltda | Ponto Org Organizacao de Eventos Ltda (Brasil)<br>Attn: Henrique Gomes<br>Rua Arrudas 245<br>Sala 05, Santa Lucia<br>Belo Horizante MG Brasil | Licensee | $0.00 |
| Realize Massive (Italy) | Realize Massive (Italy)<br>Attn: Fabiana De Rosa<br>Realize S.R.L.<br>Piazza IV Novembre<br>4-20124<br>Milano, Italy | Licensee | $0.00 |

| | | | |
|---|---|---|---|
| Rosterfy | Rosterfy<br>Attn: Shannon Gove<br>2420 17th Street Tenant LLC<br>2420 17th St<br>Denver, CO 80202 | Software License | $2,876.45 |
| RunIreland (Ireland) | RunIreland Ltd. (Ireland)<br>Attn: Ray O'Connor<br>Unit 3<br>Liosban Business Park, Tuam Road<br>Galway, Ireland | Licensee | $0.00 |
| Ryder Leasing | Ryder Leasing<br>Ryder Shared Services Center - Customer Care<br>6000 Windward Pkwy<br>Alpharetta, GA 30005 | Vendor / Service Provider | $0.00 |
| Sabco Sports (UAE, Oman, Bahrain, Pakistan, Qatar) | Sabco Sports LLC (UAE, Oman, Bahrain, Pakistan, Qatar)<br>Attn: Nic Cartwright<br>PO Box 3779<br>PC 112, Ruwi<br>Muscat, Sultanate of Oman | Licensee | $0.00 |
| TriFactory (egypt) | The TriFactory (Egypt)<br>Attn: Ayman Hakky<br>17 Mansour Mohamed Street<br>Zamalek, Cairo, Egypt 11211 | Licensee | $0.00 |
| Tough Mudder Bootcamp | Tough Mudder Bootcamp<br>Attn: John M. Cross, Jr., Britt Canady<br>Brooks Pierce<br>2000 Renaissance Plaza<br>230 North Elm Street<br>Greensboro, NC 27401 | Licensee | $0.00 |
| Wondersauce | Wondersauce<br>Attn: Megan Blake<br>45 West 25th Street, 6th Floor<br>New York, NY 10010 | Vendor / Service Provider | $42,500.00 |