## EXHIBIT A

**Cure Cost Schedule – Assumed Events**

| Assumed Events | | | | | |
|---|---|---|---|---|---|
| **Counterparty** | **Counterparty Address** | **Event Dates** | **Brief Description** | **Effective Date** | **Cure Amount** |
| Camp William B. Snyder (Boy Scouts of America) | Camp William B. Snyder (Boy Scouts of America) 6100 Antioch Rd, Haymarket, VA 20169<br><br>National Capital Area Council, BSA Attn: Mario Perez 9190 Rockville Pike, Bethesda, MD 20814 | May 30-31, 2020 | Virginia Venue | 9/25/19 | $25,000.00 |
| Chicago Rockford International Airport | Chicago Rockford International Airport Attn: Michael Dunn Greater Rockford Airport Authority 2 Airport Cir, Rockford, IL 61109 | August 22-23, 2020 | Chicago Venue | 9/30/2019 | $0.00 |
| Lake Elsinore | Lake Elsinore Attn: Mark Beskid 500 Diamond Dr. Lake Elsinore, CA 92530 | Nov 14-15, 2020 | So Cal Venue | 9/30/19 | $10,000.00 |
| Palmer Coking Coal Company | Palmer Coking Coal Company Attn: William Kombol 31407 WA-169 Black Diamond, WA 98010 | Sept 19-20, 2020 | Seattle Venue | 9/19/19 | $13,879.00 |
| Raceway Park | Raceway Park Attn: Michael Napoliello Old Bridge Township Raceway, Inc. 230 Pension Rd, Englishtown, NJ 07726 | Sept 12-13, 2020 | Tri-State Venue | 9/18/19 | $110,000.00 |
| Wild Wings of Oneka | Wild Wings of Oneka Attn: Jeff Hughes 9491 152nd St. N Hugo, MN 55038 | July 11-12, 2020 | Twin Cities Venue | 4/9/19 | $0.00 |