# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TOUGH MUDDER INCORPORATED; and TOUGH MUDDER EVENT PRODUCTION INCORPORATED, | ) ) ) | Case No. 20-10036 (CSS) Case No. 20-10037 (CSS) |
| | ) | |
| Debtors. | ) ) | |

## CERTIFICATE OF COUNSEL REGARDING OMNIBUS HEARING DATE

The undersigned hereby certifies as follows:

1. In response to the undersigned counsel's inquiries, Derek C. Abbott, Esq., the chapter 11 Trustee (the "Trustee") for Tough Mudder Inc. ("Tough Mudder") and Tough Mudder Event Production Inc. ("TM Events" and, together with Tough Mudder, the "Debtors") have been assigned an omnibus hearing date by the Honorable Christopher S. Sontchi, Chief United States Bankruptcy Judge.

2. Enclosed herewith is a proposed form of order (the "Omnibus Hearing Order") that states with specificity the time and date of the tentatively scheduled omnibus hearing.

*[Signature follows]*

WHEREFORE, the Trustee hereby respectfully requests that the Court enter the Omnibus Hearing Order attached herewith.

Dated: February 11, 2020
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Brett S. Turlington*
Curtis S. Miller (No. 4583)
Matthew B. Harvey (No. 5186)
Joseph C. Barsalona II (No. 6102)
Matthew O. Talmo (No. 6333)
Brett S. Turlington (No. 6705)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: cmiller@mnat.com
         mharvey@mnat.com
         jbarsalona@mnat.com
         mtalmo@mnat.com
         bturlington@mnat.com

*Proposed Counsel for Derek C. Abbott, Esq., as Chapter 11 Trustee to Tough Mudder Inc. and Tough Mudder Event Production Incorporated*