## **EXHIBIT A**

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | ) Chapter 11 |
|  | ) |
| TOUGH MUDDER INC., *et al.*[1] | ) Case No. 20-10037 (CSS) |
|  | ) |
| Debtors. | ) Joint Administration Requested |
|  | ) |
|  | ) **Re: D.I. ___** |

**ORDER PURSUANT TO BANKRUPTCY RULE 1007(c) EXTENDING
THE TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES
AND STATEMENTS OF FINANCIAL AFFAIRS**

Upon consideration of the motion (the "Motion")[2] of Derek C. Abbott, Esq. the chapter 11 trustee (the "Trustee") for Tough Mudder Inc. ("Tough Mudder") and Tough Mudder Event Production Inc. ("TM Events" and, together with Tough Mudder, the "Debtors"), for entry of an order (this "Order") pursuant to sections 105(a) and 541 of the Bankruptcy Code, Bankruptcy Rules 1007(c) and 9006(b), extending the time within which the Debtors must file the Schedules and Statements, as more fully set forth in the Motion; and due and sufficient notice of the Motion having been given; and it appearing that no other further notice need be provided; and it appearing that the relief requested by this Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED:**

1. The Motion is granted as set forth herein.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tough Mudder Inc. (2576) and Tough Mudder Event Production Inc. (6845). The Debtors' address is 15 MetroTech Center, Brooklyn, NY 12201.

[2] Capitalized terms not defined in this Order are defined in the Motion.

2.       The deadline for the Trustee to file the Schedules and Statements is extended through and including thirty (30) days after entry of this Order.

3.       This Order shall be without prejudice to the Trustee's ability to seek a further extension.

4.       The Trustee is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

5.       Notwithstanding any Bankruptcy Rule to the contrary, this Order shall be immediately effective and enforceable upon its entry.

6.       This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Date: _____, 2020
Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
CHIEF UNITED STATES BANKRUPTCY JUDGE