IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | ) ) | Chapter 11 |
| TOUGH MUDDER INCORPORATED; and TOUGH MUDDER EVENT PRODUCTION INCORPORATED, | ) ) ) ) ) | Case No. 20-10036 (CSS) Case No. 20-10037 (CSS) **Re: D.I. 30 & 32** |
| Debtors. | ) ) |  |

**ORDER SHORTENING NOTICE AND OBJECTION PERIODS AND LIMITING NOTICE FOR THE CHAPTER 11 TRUSTEE'S MOTION FOR ENTRY OF AN ORDER (I) APPROVING ENTRY INTO AND PERFORMANCE UNDER ASSET PURCHASE AGREEMENT BY AND AMONG SPARTAN RACE, INC., AND DEBTORS' CHAPTER 11 TRUSTEE, (II) AUTHORIZING THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS, (III) APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN CONTRACTS AND RELATED PROCEDURES, (IV) APPROVING THE BID PROTECTIONS, AND (V) GRANTING RELATED RELIEF**

Upon the motion (the "Motion to Shorten")[1] of Derek C. Abbott, Esq., the chapter 11 trustee (the "Trustee") for Tough Mudder Inc. and Tough Mudder Event Production Inc. (collectively, the "Debtors") for entry of an order pursuant to sections 102 and 105 of the Bankruptcy Code, Bankruptcy Rule 9006 of the Bankruptcy Rules, and Local Rule 9006-1, shortening the notice and objection periods and limiting notice with respect to the Sale Motion as more fully described in the Motion to Shorten; and the Court having jurisdiction to consider the matters raised in the Motion to Shorten pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having authority to hear the matters raised in the Motion to Shorten pursuant to 28 U.S.C. § 157; and venue being proper before this Court pursuant to 28 U.S.C.

---

[1] Capitalized terms not defined herein are used as defined in the Motion to Shorten.

§§ 1408 and 1409; and consideration of the Motion to Shorten and the requested relief being a core proceeding that the Court can determine pursuant to 28 U.S.C. § 157(b)(2); and the Court having reviewed and considered the Motion to Shorten; and the Court having determined that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief sought herein; and the Court having found that the relief requested in the Motion to Shorten is in the best interests of the Debtors, their creditors, their estates, and other parties in interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED:**

1. The Motion to Shorten is GRANTED as set forth herein.

2. The Sale Motion will be heard at the hearing scheduled for **February 25, 2020, at 1:00 p.m. (Eastern Standard Time)**.

3. Objections, if any, to the relief requested in the Sale Motion must be made prior to **February 20, 2020, at 4:00 p.m. (Eastern Standard Time)**.

4. The Trustee is authorized to limit notice of the Motion to Shorten and the Sale Motion on the Notice Parties in the manner stated in the Motion to Shorten and such notice constitutes due and sufficient notice of the Sale Motion under the circumstances.

5. The Court retains jurisdiction to construe and enforce the terms of this Order.

**Dated: February 12th, 2020**
**Wilmington, Delaware**

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**

2