IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TOUGH MUDDER INCORPORATED; and TOUGH MUDDER EVENT PRODUCTION INCORPORATED, | Case No. 20-10036 (CSS) <br> Case No. 20-10037 (CSS) |
| Debtors. | |

**OMNIBUS HEARING ORDER**

**IT IS HEREBY ORDERED**, that the following omnibus hearing has been scheduled in the above-referenced cases:

| DATE | TIME |
|---|---|
| February 25, 2020 | 1:00 p.m. (Eastern Standard Time) |

**Dated: February 12th, 2020**
**Wilmington, Delaware**

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**