## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| TOUGH MUDDER INC., *et al.*,[1] | ) | Case No. 20-10036 (CSS) |
| | ) | |
| Debtors. | ) | Joint Administration Requested |
| | ) | |
| | ) | **RE: D.I. 37, 38, 39** |
| | ) | |

## NOTICE OF SERVICE

I, Brett S. Turlington, hereby certify that I am not less than 18 years of age, and that service of the *Chapter 11 Trustee's Motion for Entry of an Order Directing the Joint Administration of the Debtors' Chapter 11 Cases* [D.I. 37], *Chapter 11 Trustee's Motion for Entry of an Order Authorizing Debtors' Chapter 11 Trustee to File a Consolidated List of Debtors' 20 Largest Unsecured Creditors* [D.I. 38], and *Chapter 11 Trustee's Motion for Entry of an Order Pursuant to Bankruptcy Rule 1007(c) Extending the Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs* [D.I. 39] was caused to be made on February 11, 2020, in the manner indicated upon the parties identified on the service list attached hereto as **Exhibit A**.

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tough Mudder Inc. (2576) and Tough Mudder Event Production Inc. (6845). The Debtors' address is 15 MetroTech Center, Brooklyn, NY 12201.

Dated: February 12, 2020  **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
Wilmington, Delaware

*/s/ Brett S. Turlington*
Curtis S. Miller (No. 4583)
Matthew B. Harvey (No. 5186)
Joseph C. Barsalona II (No. 6102)
Matthew O. Talmo (No. 6333)
Brett S. Turlington (No. 6705)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: cmiller@mnat.com
  mharvey@mnat.com
  jbarsalona@mnat.com
  mtalmo@mnat.com
  bturlington@mnat.com

*Proposed Counsel for Derek C. Abbott, Esq., as Chapter 11 Trustee to Tough Mudder Inc. and Tough Mudder Event Production Incorporated*

**EXHIBIT A**