**<u>EXHIBIT A</u>**

# SERVICE LIST

**BY EMAIL AND HAND-DELIVERY**

Attn: David W. Carickhoff
Archer & Greiner, P.C.
300 Delaware Avenue
Suite 1100
Wilmington, DE  19801-0000

Attn: Christopher D. Loizides
Loizides, P.A.
1225 King Street
Suite 800
Wilmington, DE  19801-0000

Attn: Kathleen M. Miller
Smith, Katzenstein & Jenkins LLP
1000 West Street
Suite 1501
Wilmington, DE  19801-0000

U.S. Attorney's Office
U.S. Attorney for the
District of Delaware
Hercules Building
1313 N Market Street
Wilmington, DE  19801-0000

U.S. Trustee
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801-0000

**BY EMAIL AND FIRST CLASS MAIL**

David Watkins Homes Inc.
659 Wexford Drive
Lafayette, IN  47905-0000

Herc Rentals Inc fka
Hertz Equipment Rental
27500 Riverview Center
Bonita Springs, FL  34134-0000

Nationwide Logistics, LLC
P.O. Box 53485
Cincinnati, OH  45253-0000

Alanic International Corporation
19 W 34th Street
Suite 1018
New York, NY  10001-0000

Attn: Frank N. White
Sean Kulka
Arnall Golden Gregory LLP
171 17th Street NW
Suite 2100
Atlanta, GA  30363-1031

Trademarc Associates, Inc.
880 Cara Court
Bangor, PA  18013-0000

Valley Builders, LLC
775 Furnace Street
PO Box 189
Emmaus, PA  18049-0000

Grant Thornton LLP
1901 S Meyers Road
Suite 455
Oakbrook Terrace, IL  60181-0000

Attn: Ori S. Blumenfeld
Law Office of Ori S. Blumenfeld
405 N. Palm Dr. #203
Beverly Hills, CA  90210-0000

Attn: Adrienne K. Walker
Mintz, Levin, Cohn, Ferris,
Glovsky and Popeo, P.C.
One Financial Center
Boston, MA  02111-0000

Attn: Lee S. Raphael
Prober & Raphael, A Law Corp
20750 Ventura Boulevard
Suite 100
Woodland Hills, CA  91364-0000

Active Network, LLC
717 North Harwood
Suite 2500
Dallas, TX  75201-0000

Attn: Allen G. Kadish
Archer & Greiner, P.C.
630 Third Avenue
New York, NY  10017-0000

Bass, Berry & Sims PLC
150 Third Avenue South
Suite 2800
Nashville, TN  37201-0000

CBS Networks Inc. dba
CBS Sports Network
555 West 57th Street
Eighteenth Floor
New York, NY  10019-0000

Ernst & Young LLP
200 Plaza Drive
Secaucus, NJ  07094-0000

Eventbrite, Inc
155 5th Street
San Francisco, CA  94103-0000

Facebook Advertising
15161 Collections Center Drive
Chicago, IL  60693-0000

Foley & Lardner, LLP
90 Park Avenue
37th Floor
New York, NY  10016-0000

Labelium Corp
80 Broad Street
Suite 1303
New York, NY  10004-0000

Navy Federal Credit Union
Patty Valezuela Stover
820 Follin Lane
Vienna, VA  22180-0000

Raceway Park
230 Pension Road
Englishtown, NJ  07726-0000

Wellpoint Holding Corp.
120 Monument Circle
Indianapolis, IN  46204-0000


**BY EMAIL AND INTERNATIONAL MAIL**

Guy D. Livingstone
Route de Corberaye 18a
Le Chable,    VS 1934
SWITZERLAND

Wuxi Mayshee Developing Company Ltd
21 Yichun Dasha, 588Nanhu Avenue
Nanchang District, Wuxi
Jiangsu,
CHINA

William T. Dean
8 Washington Crescent
Flat 1
London,    W9IEL
UNITED KINGDOM


13512787.1