# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| TOUGH MUDDER INC., *et al.*,[1] | ) | Case No. 20-10036 (CSS) |
| | ) | |
| Debtors. | ) | Joint Administration Requested |
| | ) | |

## CERTIFICATE OF COUNSEL REGARDING OMNIBUS HEARING DATE

The undersigned hereby certifies as follows:

1. In response to the undersigned counsel's inquiries, Derek C. Abbott, Esq., the chapter 11 trustee (the "Trustee") for Tough Mudder Inc. and Tough Mudder Event Production Inc. (collectively, the "Debtors") has been assigned an omnibus hearing date by the Honorable Christopher S. Sontchi, Chief United States Bankruptcy Judge.

2. Enclosed herewith is a proposed form of order (the "Omnibus Hearing Order") that states with specificity the time and date of the tentatively scheduled omnibus hearing.

*[Signature follows]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tough Mudder Inc. (2576) and Tough Mudder Event Production Inc. (6845). The Debtors' address is 15 MetroTech Center, Brooklyn, NY 12201.

WHEREFORE, the Trustee hereby respectfully requests that the Court enter the Omnibus Hearing Order attached herewith.

| | |
|---|---|
| Dated: February 14, 2020<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Brett S. Turlington*<br>Curtis S. Miller (No. 4583)<br>Matthew B. Harvey (No. 5186)<br>Joseph C. Barsalona II (No. 6102)<br>Matthew O. Talmo (No. 6333)<br>Brett S. Turlington (No. 6705)<br>1201 N. Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: cmiller@mnat.com<br>       mharvey@mnat.com<br>       jbarsalona@mnat.com<br>       mtalmo@mnat.com<br>       bturlington@mnat.com<br><br>*Proposed Counsel for Derek C. Abbott, Esq., as Chapter 11 Trustee to Tough Mudder Inc. and Tough Mudder Event Production Inc.* |