# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re:

    Tough Mudder Incorporated          Chapter 11
      AKA Tough Mudder, LLC          Case No. 20-10036-CSS

    Debtor

_____

## NOTICE OF APPEARANCE

Please take notice that Orlans PC has been retained as Attorney for Creditor, XACT Acquisition, LLC dba XACT TeleSolutions, a Delaware Corporation, in the entitled action. You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to notices required pursuant to Bankruptcy Rules 9010(b) and 2002 and the Local Rules of Bankruptcy Procedure, upon the undersigned at the address indicated below.

Date: February 17, 2020
       Wilmington, Delaware         Respectfully submitted,

                                               Orlans PC

                                               */s/ Chase N. Miller*
                                               Chase N. Miller (DE #5363)
                                               John E. Tarburton (DE #3918)
                                               4250 Lancaster Pike Suite 140
                                               Wilmington, DE 19805
                                               (302) 339-8800
                                               (302) 213-0043
                                               cmiller@orlans.com
                                               jtarburton@orlans.com

                                               *Attorneys for XACT Acquisition, LLC dba XACT TeleSolutions, a Delaware Corporation*

## **CERTIFICATE OF SERVICE**

The undersigned states that on February 17, 2020, copies of the foregoing Notice of Appearance were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Derek C. Abbott
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
dabbott@mnat.com
*Bankruptcy Trustee*

and I hereby certify that I have caused to be mailed by first class mail, postage prepaid, copies of the foregoing Notice of Appearance to the following non-ECF participants:

Tough Mudder Incorporated
15 MetroTech Center
Brooklyn, NY 11201
*Debtor*

Dated: February 17, 2020
      Wilmington, Delaware        Orlans PC

                                     */s/ Chase N. Miller*
                                      Chase N. Miller (DE #5363)
                                      John E. Tarburton (DE #3918)