**Anthony F. Giuliano, Esq.**
**PRYOR & MANDELUP, L.L.P.**
**675 Old Country Road**
**Westbury, New York 11590**
**11-3261335**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
------------------------------------------------------------x
In re:

                                      Chapter 11

TOUGH MUDDER INCORPORATED,          Case No.: 20-10036

                                        **NOTICE OF APPEARANCE**

                    Debtor.
------------------------------------------------------------x

      **PLEASE TAKE NOTICE**, that Computero Inc., a creditor of Tough Mudder Incorporated ("Debtor"), debtor in the above captioned Chapter 11 case, by its attorneys, Pryor & Mandelup, L.L.P., demands, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), that all notices given or required to be given in this case and all papers served or required to be served on Computero Inc., be served upon the undersigned at the following office address, facsimile number, telephone number, and e-mail address:

**Pryor & Mandelup, L.L.P.**
**675 Old Country Road**
**Westbury, New York 11590**
**phone - (516) 997-0999**
**fax - (516) 333-7333**
**e-mail - afg@pryormandelup.com**
**Attn.: Anthony F. Giuliano, Esq.**

      **PLEASE TAKE FURTHER NOTICE**, that pursuant to Section 1109(b) of the Bankruptcy Rules, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph,

1

facsimile transmission or otherwise, which may affect or seek to affect any rights or interests of the above-captioned debtor, any creditor, or any other party in interest in the above cases.

**PLEASE TAKE FURTHER NOTICE**, that this notice of appearance and demand for service of papers is without prejudice to the rights, remedies, and claims of Computero Inc., and shall not be deemed or construed to be a waiver of its  rights to: (1) have final orders in non-core matters entered only after *de novo* review by a District Judge; (2) trial by jury in any proceeding related to these cases; or (3) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal.

Dated:  Westbury, New York
      February 18, 2020                           PRYOR & MANDELUP, L.L.P.
                                           Attorneys for creditor, Computero Inc.

By:   /s/ Anthony F. Giuliano
        Anthony F. Giuliano
        675 Old Country Road
        Westbury, New York 11590
        (516) 997-0999