| Fill in this information to identify the case: |
|---|
| Debtor name  Tough Mudder Inc., et al. |
| United States Bankruptcy Court for the: _____  District of  Delaware (State) |
| Case number (If known):  20-10036 (CSS) |

☐ Check if this is an amended filing

# Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders           12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Active Network, LLC  717 N Harwood Street  Suite 2500  Dallas, TX 75201 | Arnall Golden Gregory LLP  c/o Frank N. White, Sean Kulka  171 17th Street NW Suite 2100  Atlanta, Georgia 30363-1031  frank.white@agg.com  sean.kulka@agg.com | Trade | Contingent, Unliquidated, Disputed | | | Unknown |
| 2 | EventBrite, Inc.  155 5th St.  San Francisco, CA 94103 | Lisa Gorman  lgorman@eventbrite.com  Phone: (415) 694-7940 | Trade | | | | $637,408.51 |
| 3 | Alanic International Corporation  19 W 34th Street  Suite 1018  New York, NY 10001 | Johnny Beig  johnny@alanic.com  Law Office of Ori S. Blumenfeld  c/o Ori S. Blumenfeld  405 N. Palm Drive #203  Beverly Hills, CA 90210  blumenfeldlaw@gmail.com | Trade | Disputed | | | $557,141.60 |
| 4 | Navy Federal Credit Union  820 Follin Lane  Vienna, VA 22180 | Patty Valezuela Stover  Prober & Raphael, A Law Corporation  c/o Lee S. Raphael  20750 Ventura Boulevard, Suite 100  Woodland Hills, California 91364  cmartin@pralc.com | Trade | Contingent, Unliquidated | | | $250,000.00 |
| 5 | Trademarc Associates Inc.  880 Cara Court  Bangor, PA 18013 | Gary Brewer  trademarcbuilders@gmail.com  Archer & Greiner, P.C.  c/o Allen G. Kadish  630 Third Avenue  New York, NY 10017  akadish@archerlaw.com | Trade | | | | $241,714.61 |
| 6 | Valley Builders, LLC  775 Furnace Street  PO Box 189  Emmaus, PA 18049 | William Wall  shellywatson@valleybldrs.com  Archer & Greiner, P.C.  c/o Allen G. Kadish  630 Third Avenue  New York, NY 10017  akadish@archerlaw.com | Trade | Disputed | | | $195,310.73 |
| 7 | Facebook Advertising  15161 Collections Center Drive  Chicago, IL 60693 | Phone: (650) 543-4800 | Trade | | | | $195,264.58 |
| 8 | CBS Networks Inc.  dba CBS Sports Network  555 West 57th Street  Eighteenth Floor  New York, NY 10019 | Dan Weinberg  dan.weinberg@cbs.com | Trade | | | | $182,561.87 |

Debtor  Tough Mudder Inc., et al.                              Case number (*if known*) 20-10036 (CSS)
        Name

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | David Watkins Homes, Inc.<br>659 Wexford Drive<br>Lafayette, IN 47905 | davidwatkinshomes@comcast.net<br><br>Archer & Greiner, P.C.<br>c/o Allen G. Kadish<br>630 Third Avenue<br>New York, NY 10017<br>akadish@archerlaw.com | Trade | | | | $177,839.70 |
| 10 | Bass, Berry & Sims PLC<br>150 Third Avenue South<br>Suite 2800<br>Nashville, TN 37201 | Richard Mattern<br>rmattern@bassberry.com<br>Phone: (615) 742-6200 | Trade | Disputed | | | $164,849.91 |
| 11 | Grant Thornton LLP<br>1901 S Meyers Road<br>Suite 455<br>Oakbrook Terrace, IL 60181 | Kevin Kelly<br>kevin.kelly@us.gt.com<br>Phone: (631) 249-6001 | Trade | | | | $135,200.00 |
| 12 | Foley & Lardner, LLP<br>90 Park Avenue<br>37th Floor<br>New York, NY 10016 | Jonathan Moskin<br>jmoskin@foley.com<br>Phone: (212) 682-7474 | Trade | | | | $130,399.44 |
| 13 | Wellpoint Holding Corp.<br>120 Monument Circle<br>Indianapolis, IN 46204 | monicabandy@anthem.com<br><br>LewisRice<br>c/o John J. Hall<br>600 Washington Avenue Suite 2500<br>Saint Louis, MO 63101<br>jhall@lewisrice.com | Trade | Disputed | | | $130,319.72 |
| 14 | Herc Rentals Inc<br>fka Hertz Equipment Rental Corporation<br>27500 Riverview Center<br>Bonita Springs, FL 34134 | nicollette.paul@hercrentals.com<br>Phone: (704) 598-0241 | Trade | | | | $112,637.87 |
| 15 | Nationwide Logistics, LLC<br>P.O. Box 53485<br>Cincinnati, OH 45253 | Josh Klebanoff<br>joshk@nationwidelogistics.net<br>Phone: (888) 423-4576 | Trade | | | | $108,626.60 |
| 16 | Wuxi Mayshee Developing Company Ltd<br>21 Yichun Dasha, 588Nanhu Avenue<br>Nanchang District, Wuxi Jiangsu, China | Jessica Wee<br>jessicawee@mayshee.cn<br>Phone: 0086-51085416250 | Trade | | | | $87,177.80 |
| 17 | Speedway Motor Sports, Inc.<br>dba Sonoma Raceway<br>Highways 37 & 121<br>Sonoma, CA 95476 | (707) 933-3926 | Trade | | | | $82,193.20 |
| 18 | Ernst & Young LLP<br>200 Plaza Drive<br>Secaucus, NJ 07094 | Melisa Boodram<br>melisa.boodram@ey.com | Trade | | | | $79,540.36 |
| 19 | Labelium Corp.<br>80 Broad Street<br>Suite 1303<br>New York, NY 10004 | Arnold Pouteau<br>pouteau@labelium.com | Trade | | | | $77,426.85 |
| 20 | Gaia, LLC<br>dba Chattahoochee Hills Eventing<br>PO Box 4449<br>Dalton, GA 30719 | info@chatthillseventing.com<br>Phone: (770) 892-2117 | Trade | | | | $75,242.99 |

**Fill in this information to identify the case and this filing:**

Debtor Name  Tough Mudder Inc., et al.

United States Bankruptcy Court for the: _____    District of Delaware
(State)

Case number (If known): 20-10036

---

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration  Consolidated List of Creditors Who Have the Largest 20 Unsecured Claims and Are Not Insiders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/18/2020
MM / DD / YYYY

X _____
Signature of individual signing on behalf of debtor

Derek C. Abbott
Printed name

Chapter 11 Trustee
Position or relationship to debtor

Official Form 202            Declaration Under Penalty of Perjury for Non-Individual Debtors