# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | ) ) | Chapter 11 |
| TOUGH MUDDER INC., *et al.*,[1] | ) ) | Case No. 20-10036 (CSS) |
| Debtors. | ) ) | Joint Administration Requested |
|  | ) ) | **RE: D.I. 37** |
|  | ) |  |

## CERTIFICATE OF NO OBJECTION REGARDING CHAPTER 11 TRUSTEE'S MOTION FOR ENTRY OF AN ORDER DIRECTING THE JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES

The undersigned hereby certifies that, as of the date hereof, Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols") has received no answer, objection, or other responsive pleading to the *Chapter 11 Trustee's Motion for Entry of an Order Directing the Joint Administration of the Debtors' Chapter 11 Cases* [D.I. 37] (the "Motion"), filed on February 11, 2020.

The undersigned further certifies that Morris Nichols has caused the review of the Court's docket in these cases and that no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the notice of hearing on the Motion, the deadline to file and serve objections or responses to the Motion was February 18, 2020, at 4:00 p.m. (EST).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tough Mudder Inc. (2576) and Tough Mudder Event Production Inc. (6845). The Debtors' address is 15 MetroTech Center, Brooklyn, NY 12201.

WHEREFORE, the Trustee respectfully requests that the order attached to the Motion be entered at the earliest convenience of the Court.

| | |
|---|---|
| Dated: February 19, 2020<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>/s/ Brett S. Turlington<br>Curtis S. Miller (No. 4583)<br>Matthew B. Harvey (No. 5186)<br>Joseph C. Barsalona II (No. 6102)<br>Matthew O. Talmo (No. 6333)<br>Brett S. Turlington (No. 6705)<br>1201 N. Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: cmiller@mnat.com<br>          mharvey@mnat.com<br>          jbarsalona@mnat.com<br>          mtalmo@mnat.com<br>          bturlington@mnat.com<br><br>*Proposed Counsel for Derek C. Abbott, Esq., as Chapter 11 Trustee to Tough Mudder Inc. and Tough Mudder Event Production Inc.* |