IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | ) ) | Chapter 11 |
| TOUGH MUDDER INC., *et al.*,[1] | ) ) | Case No. 20-10036 (CSS) |
| Debtors. | ) ) ) ) | Joint Administration Requested  **RE: D.I. 39** |

# CERTIFICATE OF NO OBJECTION REGARDING CHAPTER 11 TRUSTEE'S MOTION FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 1007(c) EXTENDING THE TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

The undersigned hereby certifies that, as of the date hereof, Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols") has received no answer, objection, or other responsive pleading to the *Chapter 11 Trustee's Motion for Entry of an Order Pursuant to Bankruptcy Rule 1007(c) Extending the Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs* [D.I. 39] (the "Motion"), filed on February 11, 2020.

The undersigned further certifies that Morris Nichols has caused the review of the Court's docket in these cases and that no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the notice of hearing on the Motion, the deadline to file and serve objections or responses to the Motion was February 18, 2020, at 4:00 p.m. (EST).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tough Mudder Inc. (2576) and Tough Mudder Event Production Inc. (6845). The Debtors' address is 15 MetroTech Center, Brooklyn, NY 12201.

WHEREFORE, the Trustee respectfully requests that the order attached to the Motion be entered at the earliest convenience of the Court.

Dated: February 19, 2020  
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Brett S. Turlington*
Curtis S. Miller (No. 4583)
Matthew B. Harvey (No. 5186)
Joseph C. Barsalona II (No. 6102)
Matthew O. Talmo (No. 6333)
Brett S. Turlington (No. 6705)
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: cmiller@mnat.com
         mharvey@mnat.com
         jbarsalona@mnat.com
         mtalmo@mnat.com
         bturlington@mnat.com

*Proposed Counsel for Derek C. Abbott, Esq., as Chapter 11 Trustee to Tough Mudder Inc. and Tough Mudder Event Production Inc.*