# EXHIBIT 1

Golden State Concessions
500 Diamond Drive, Lake Elsinore, CA 92530
**951.245.2287**



| 2019-NOV | 11/2/2019- 11/3/2019 |
|---|---:|

| BILL TO | SHIP TO | INSTRUCTIONS |
|---|---|---|
| Tough Mudder Event Production Inc<br>15 MetroTech Center, 7th Floor<br>Brooklyn, NY 11201 | Same as recipient | |

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---:|---:|
| 7,490 | Wrist Bands | $2 | $14,980 |
| 508 | VIP Tokens | $4 | $2,032 |

| | |
|---|---:|
| **SUBTOTAL** | $17,012 |
| **SALES TAX** | $1,318.43 |
| **TOTAL DUE BY DATE** | $18,330.43 |

Thank you for your business!