**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TOUGH MUDDER, INC., *et al*. | Case No. 20-10036 (CSS) |
| Debtors.[2] | (Jointly Administered) |
| | **Re: D.I. 30** |

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 20, 2020, I electronically filed the foregoing with the Clerk of the Court via the Case Management/Electronic Case Filing (CM/ECF) system, and a Notice of Electronic Filing was sent to all parties registered with the CM/ECF system to receive notices via electronic mail. I further certify that on February 20, 2020, I served copies of the foregoing on the following parties by electronic mail:

Curtis S. Miller
Morris, Nichols, Arsht & Tunnell LLP
201 N. Market Street
Wilmington, DE 19801
cmiller@mnat.com
*Attorneys for Trustee*

Matthew B. Harvey
Morris, Nichols, Arsht & Tunnell LLP
201 N. Market Street
Wilmington, DE 19801
mharvey@mnat.com
*Attorneys for Trustee*

Joseph C. Barsalona II
Morris, Nichols, Arsht & Tunnell LLP
201 N. Market Street
Wilmington, DE 19801
cjbarsalona@mnat.com
*Attorneys for Trustee*

---

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tough Mudder Inc. (2576) and Tough Mudder Event Production Inc. (6845). The Debtors' address is 15 MetroTech Center, Brooklyn, NY 12201.

Brett S. Turlington
Morris, Nichols, Arsht & Tunnell LLP
201 N. Market Street
Wilmington, DE 19801
bturlington@mnat.com
*Attorneys for Trustee*

Adrienne K. Walker
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
awalker@mintz.com
*Attorneys for Spartan Race, Inc.*

Christopher S. Loizides
Loizides, P.A.
1255 King Street, Suite 800
Wilmington, DE 19801
loizides@loizides.com
*Attorneys for Spartan Race, Inc.*

Jane Leamy
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
jane.m.leamy@usdoj.gov

    */s/ Joseph J. McMahon, Jr.*
    Joseph J. McMahon, Jr. (No. 4819)