# EXHIBIT A

**Supplemental Cure Cost Schedule – Assumed Contracts**

| Assumed Contracts | | | |
|---|---|---|---|
| **Counterparty** | **Counterparty Address** | **Contract Type** | **Cure Amount** |
| Event Medic | Event Medic NY, Inc.<br>901 North Broadway<br>North Massapequa, New York 11758 | Vendor / Service Provider | $388.70 |