# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| TOUGH MUDDER INC., *et al.*,[1] | ) | Case No. 20-10036 (CSS) |
| | ) | |
| Debtors. | ) | Joint Administration Requested |
| | ) | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON FEBRUARY 25, 2020, AT 1:00 P.M. (EST)

MATTERS UNDER CERTIFICATION

1. Chapter 11 Trustee's Motion for Entry of an Order Directing the Joint Administration of the Debtors' Chapter 11 Cases (D.I. 37, Filed 2/11/20).

   Objection Deadline: February 18, 2020, at 4:00 p.m. (EST).

   Responses Received: None.

   Related Pleadings:

   a) Certificate of No Objection Regarding Chapter 11 Trustee's Motion for Entry of an Order Directing the Joint Administration of the Debtors' Chapter 11 Cases (D.I. 55, Filed 2/19/20).

   Status: A certificate of no objection was filed. No hearing is necessary unless the Court has questions.

2. Chapter 11 Trustee's Motion for Entry of an Order Authorizing Debtors' Chapter 11 Trustee to File a Consolidated List of Debtors' 20 Largest Unsecured Creditors (D.I. 38, Filed 2/11/20).

   Objection Deadline: February 18, 2020, at 4:00 p.m. (EST).

   Responses Received: None.

   Related Pleadings:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tough Mudder Inc. (2576) and Tough Mudder Event Production Inc. (6845). The Debtors' address is 15 MetroTech Center, Brooklyn, NY 12201.

a) Certificate of No Objection Regarding Chapter 11 Trustee's Motion for Entry of an Order Authorizing Debtors' Chapter 11 Trustee to File a Consolidated List of Debtors' 20 Largest Unsecured Creditors (D.I. 56, Filed 2/19/20).

Status:  A certificate of no objection was filed.  No hearing is necessary unless the Court has questions.

3. Chapter 11 Trustee's Motion for Entry of an Order Pursuant to Bankruptcy Rule 1007(c) Extending the Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs (D.I. 39, Filed 2/11/20).

Objection Deadline:  February 18, 2020, at 4:00 p.m. (EST).

Responses Received:  None.

Related Pleadings:

a) Certificate of No Objection Regarding Chapter 11 Trustee's Motion for Entry of an Order Pursuant to Bankruptcy Rule 1007(c) Extending the Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs (D.I. 57, Filed 2/19/20).

Status:  A certificate of no objection was filed.  No hearing is necessary unless the Court has questions.

MATTERS GOING FORWARD

4. Chapter 11 Trustee's Motion for Entry of an Order (I) Approving Entry Into and Performance Under Asset Purchase Agreement by and Among Spartan Race, Inc., and Debtors' Chapter 11 Trustee, (II) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (III) Approving the Assumption and Assignment of Certain Contracts and Related Procedures, (IV) Approving the Bid Protections, and (V) Granting Related Relief (D.I. 30, Filed 2/7/20) (the "Sale Motion").

Objection Deadline:  February 20, 2020, at 4:00 p.m. (EST); further extended to February 21, 2020, at 4:00 p.m. (EST) for Event Medic NY, Inc.

Responses Received:

a) Opposition to Chapter 11 Trustee Motions to Sell Assets Free and Clear and Approve Assumption of Certain Contracts (D.I. 59, Filed 2/20/20).

Related Pleadings:

a) Order Shortening Notice and Objection Periods and Limiting Notice for the Chapter 11 Trustee's Motion for Entry of an Order (I) Approving Entry Into and Performance Under Asset Purchase Agreement by and Among Spartan Race, Inc., and Debtors' Chapter 11 Trustee, (II) Authorizing the Sale of Substantially All of the Debtors' Assets Free And Clear of All Liens, Claims, Encumbrances, and Interests, (III) Approving The Assumption and Assignment of Certain Contracts and Related Procedures, (IV) Approving The Bid Protections, and (V) Granting Related Relief (D.I. 40, Entered 02/12/20); and

b) Statement of Creditor Active Network LLC in Support of Chapter 11 Trustee's Motion for Entry of an Order (I) Approving Entry Into and Performance Under Asset Purchase Agreement by and Among Spartan Race, Inc., and Debtors' Chapter 11 Trustee, (II) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (III) Approving the Assumption and Assignment of Certain Contracts and Related Procedures, (IV) Approving the Bid Protections, and (V) Granting Related Relief (D.I. 53, Filed 2/19/20).

Status:  This matter is going forward.

5. Notice of Assumption and Assignment of Certain Events and Executory Contracts and Proposed Cure Amounts (D.I. 33, Filed 2/7/20).

Objection Deadline:  February 20, 2020, at 4:00 p.m. (EST); further extended to February 21, 2020, at 4:00 p.m. (EST) for Beachbody LLC.

Responses Received:

a) Objection to the Chapter 11 Trustee's Motion for Entry of an Order (I) Approving Entry Into and Performance Under Asset Purchase Agreement by and Among Spartan Race, Inc., and Debtors' Chapter 11 Trustee, (II) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (III) Approving the Assumption and Assignment of Certain Contracts and Related Procedures, (IV) Approving the Bid Protections, and (V) Granting Related Relief (D.I. 58, Filed 2/20/20) filed by Storm Events, LLC ("Storm Events"); and

b) Limited Objection to Proposed Sale and Assignment (D.I. 60, Filed 2/20/20) filed by Old Bridge Township Raceway Park, Inc. ("Raceway Park").

Related Pleadings:

a) Supplemental Notice of Assumption and Assignment of Certain Events and Executory Contracts and Proposed Cure Amounts (D.I. 61, Filed 2/20/20).

<u>Status</u>:  The Trustee intends to submit a revised proposed form of sale order which resolves the pending cure issues of Raceway Park and Storm Events.  This matter is going forward in connection with the Sale Motion.

| | |
|---|---|
| Dated:  February 21, 2020<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Joseph C. Barsalona II*<br>Curtis S. Miller (No. 4583)<br>Matthew B. Harvey (No. 5186)<br>Joseph C. Barsalona II (No. 6102)<br>Matthew O. Talmo (No. 6333)<br>Brett S. Turlington (No. 6705)<br>1201 N. Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: cmiller@mnat.com<br>            mharvey@mnat.com<br>            jbarsalona@mnat.com<br>            mtalmo@mnat.com<br>            bturlington@mnat.com<br><br>*Proposed Counsel for Derek C. Abbott, Esq., as Chapter 11 Trustee to Tough Mudder Inc. and Tough Mudder Event Production Inc.* |