Tough Mudder Incorporated &
Tough Mudder Event Production Incorporated
15 MetroTech Center
Seventh Floor
Brooklyn, NY 11201

**FILED**

2020 FEB 21  AM 8: 40

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE



# CLASSIC
## TENTS & EVENTS

RE: Case No. 20-10036 & 20-10037

February 12, 2020

To Whom It May Concern:

Tough Mudder Inc. owes SEM Events, LLC DBA Classic Tents & Events a total of $13,964.42 for events in December 2019. Total amount due was $21,980.61 and payments totaling $8,016.19 were made leaving a balance of $13,964.42.

Supporting documents are as followed:

- Customer statement and open invoices
- Final demand letter sent on February 1, 2020 requesting payment for balance due
- Delivery receipt for final demand letter
- Customer file log showing communication with client in regards to collecting debt owed
- Email correspondence for the order request

Please feel free to contact Michele Morales, Accounting Manager, in regards to this matter at 770-449-1010.

Sincerely,

Accounting Department

6380 best friend road
norcross, georgia 30071

770.449.1010  tel
770.242.4030  fax

info@classic-tents.com
www.classic-tents.com

*...because there is **no second chance** for your event!*

## *Statement*

**Classic Tents & Events**
6380 Best Friend Rd.
Norcross, GA 30071
770-449-1010        Fax 770-242-4030
Classic-Tents.com

**Account#   8219**

Statement Date: Thu 2/13/2020

Page 1 of 9

| Amount Due: | 13,964.42 |
|---|---|

**Bill to**

Tough Mudder Inc.
15 MetroTech Center
Seventh Floor
BROOKLYN, NY 11201

**Remit To**

Classic Tents & Events
6380 Best Friend Rd.

Norcross, GA  30071

**plant a tree save a life**

| Cont/Invoic | Status | Date | Rent | Sale | Dmg Wvr | Other | Percent | Tax | Total | Paid | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 33779 | Closed | 12/ 3/2019 | 1,381.00 | 180.00 | 0.00 | 0.00 | 0.00 | 120.98 | 1,681.98 | 840.99 | 840.99 |
| | Rental End | 12/ 3/2019 | 2 | 10lb Fire Extinguisher | | | | | | | |
| | Rental End | 12/ 3/2019 | 1 | 20x40 F3 White Frame Tent | | | | | | | |
| | Rental End | 12/ 3/2019 | 2 | 50ft Extension Cord | | | | | | | |
| | Rental End | 12/ 3/2019 | 10 | 8x10 Keder Wall Section (Navi) | | | | | | | |
| | Rental End | 12/ 3/2019 | 1 | 8x20 Section Solid White Wall | | | | | | | |
| | Sale | 11/ 9/2019 | 1 | Delivery & Pickup | | | | | | | |
| | Rental End | 12/ 3/2019 | 2 | Fire Pkg- Lighted Exit, No Smoking,10lb | | | | | | | |
| | Rental End | 12/ 3/2019 | 2 | No Smoking Sign (printed) | | | | | | | |
| | Sale | 11/ 9/2019 | 1 | Separator Note | | | | | | | |
| | Period: 11/ 9/2019 - 12/ 3/2019 | | | | Information: 2019 ATL Mudder | | | | | | |
| 33786 | Closed | 12/ 3/2019 | 9,337.20 | 535.00 | 0.00 | 0.00 | 0.00 | 765.10 | 10,637.30 | 2,470.92 | 8,166.38 |
| | Rental End | 12/ 3/2019 | 4 | 100lb Propane Tank - Blue | | | | | | | |
| | Rental End | 12/ 3/2019 | 4 | 100lb Propane Tank - Blue | | | | | | | |
| | Rental End | 12/ 3/2019 | 1 | 10x10 White Fiesta Frame Tent | | | | | | | |
| | Rental End | 12/ 3/2019 | 1 | 10x20 White Marquee Tent | | | | | | | |
| | Rental End | 12/ 3/2019 | 1 | 10x20 White Marquee Tent | | | | | | | |
| | Rental End | 12/ 3/2019 | 2 | 10x40 White Marquee Tent | | | | | | | |
| | Rental End | 12/ 3/2019 | 1 | 170,000 BTU Propane Heater Kit | | | | | | | |
| | Rental End | 12/ 3/2019 | 3 | 170,000 BTU Propane Heater Kit | | | | | | | |
| | Rental End | 12/ 3/2019 | 1 | 20x20 White Frame Tent | | | | | | | |
| | Rental End | 12/ 3/2019 | 2 | 20x20 White Frame Tent | | | | | | | |
| | Rental End | 12/ 3/2019 | 1 | 30x30 F3 White Frame Tent | | | | | | | |
| | Rental End | 12/ 3/2019 | 1 | 40x40 Navi-Trac Tent | | | | | | | |
| | Rental End | 12/ 3/2019 | 1 | 40x50 Navi-Trac Tent | | | | | | | |
| | Rental End | 12/ 3/2019 | 2 | 50ft Extension Cord | | | | | | | |
| | Rental End | 12/ 3/2019 | 1 | 50lb Propane Tank - Orange | | | | | | | |
| | Rental End | 12/ 3/2019 | 1 | 80,000 BTU Propane Heater Kit | | | | | | | |
| | Rental End | 12/ 3/2019 | 2 | 8x10 Keder Wall Section (Navi) | | | | | | | |
| | Rental End | 12/ 3/2019 | 8 | 8x15 Cathedral Keder Wall (Navi) | | | | | | | |
| | Rental End | 12/ 3/2019 | 8 | 8x20 Cathedral Keder Wall (Navi) | | | | | | | |
| | Rental End | 12/ 3/2019 | 4 | 8x20 Cathedral Wall Sections | | | | | | | |
| | Rental End | 12/ 3/2019 | 4 | 8x20 Cathedral Wall Sections | | | | | | | |
| | Rental End | 12/ 3/2019 | 12 | 8x20 Keder Wall Section (Navi) | | | | | | | |
| | Rental End | 12/ 3/2019 | 2 | 8x20 Section Solid White Wall | | | | | | | |
| | Rental End | 12/ 3/2019 | 3 | 8x20 Section Solid White Wall | | | | | | | |
| | Rental End | 12/ 3/2019 | 2 | 8x20 Section Solid White Wall | | | | | | | |
| | Rental End | 12/ 3/2019 | 3 | 8x20 Section Solid White Wall | | | | | | | |
| | Rental End | 12/ 3/2019 | 8 | 8x20 Section Solid White Wall | | | | | | | |
| | Rental End | 12/ 3/2019 | 1 | 8x30 Section Solid White Wall | | | | | | | |
| | Rental End | 12/ 3/2019 | 1 | 9x10 White Marquee Tent | | | | | | | |
| | Rental End | 12/ 3/2019 | 1 | 9x60 White Marquee Tent | | | | | | | |
| | Rental End | 12/ 3/2019 | 4 | Bistro/Market LED Lights | | | | | | | |
| | Sale | 11/15/2019 | 2 | Delivery & Pickup | | | | | | | |
| | Sale | 11/12/2019 | 1 | addl delivery request | | | | | | | |
| | Rental End | 12/ 3/2019 | 1 | Diffuser for 170,000 BTU Heater | | | | | | | |
| | Rental End | 12/ 3/2019 | 3 | Diffuser for 170,000 BTU Heater | | | | | | | |
| | Rental End | 12/ 3/2019 | 1 | Diffuser for 80,000 BTU Heater | | | | | | | |

| Cont/Invoic Status | Date | Rent | Sale | Dmg Wvr | Other | Percent | Tax | Total | Paid | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Rental End | 12/ 3/2019 | 2 | 5 Gallon Cambro | | | | | | | |
| Sale | 11/15/2019 | 1 | Separator Note | | | | | | | |
| Sale | 11/15/2019 | 1 | Separator Note | | | | | | | |
| Rental End | 12/ 3/2019 | 1 | 10 Gallon Cambro | | | | | | | |
| Rental End | 12/ 3/2019 | 4 | 10 Gallon Cambro | | | | | | | |
| Rental End | 12/ 3/2019 | 4 | Thermostat for LB White Heater | | | | | | | |
| Rental End | 12/ 3/2019 | 1 | Thermostat for LB White Heater | | | | | | | |
| Rental End | 12/ 3/2019 | 1 | Thermostat for LB White Heater | | | | | | | |
| Rental End | 12/ 3/2019 | 10 | Z-Style Coat Rack | | | | | | | |
| Period: 11/15/2019 - 12/ 3/2019 | | | | Information: 2019 Toughest Mudder | | | | | | |
| 33794 Closed | 12/ 3/2019 | 7,924.50 | 375.90 | 0.00 | 0.00 | 0.00 | 635.77 | 8,936.17 | 4,468.09 | 4,468.08 |
| Rental End | 12/ 3/2019 | 6 | 10lb Fire Extinguisher | | | | | | | |
| Rental End | 12/ 3/2019 | 1 | 10x20 White Marquee Tent | | | | | | | |
| Rental End | 12/ 3/2019 | 6 | 120" Round Linen- Black | | | | | | | |
| Rental End | 12/ 3/2019 | 2 | 20x20 White Frame Tent | | | | | | | |
| Rental End | 12/ 3/2019 | 1 | 20x30 White Frame Tent | | | | | | | |
| Rental End | 12/ 3/2019 | 1 | 20x40 F3 Gable White Frame Tent | | | | | | | |
| Rental End | 12/ 3/2019 | 6 | 30" Wide Cocktail Table - 42" Tall | | | | | | | |
| Rental End | 12/ 3/2019 | 1 | 30x30 F3 White Frame Tent | | | | | | | |
| Rental End | 12/ 3/2019 | 4 | 350lb Concrete Weight | | | | | | | |
| Rental End | 12/ 3/2019 | 4 | 350lb Weight Covers- White | | | | | | | |
| Rental End | 12/ 3/2019 | 1 | 40x50 Navi-Trac Tent | | | | | | | |
| Rental End | 12/ 3/2019 | 6 | 50ft Extension Cord | | | | | | | |
| Rental End | 12/ 3/2019 | 4 | 50ft Extension Cord | | | | | | | |
| Rental End | 12/ 3/2019 | 10 | 6' White Picket Fence | | | | | | | |
| Rental End | 12/ 3/2019 | 2 | 8x10 Cathedral Keder Wall (Navi) | | | | | | | |
| Rental End | 12/ 3/2019 | 4 | 8x15 Cathedral Keder Wall (Navi) | | | | | | | |
| Rental End | 12/ 3/2019 | 7 | 8x15 Keder Wall Section (Navi) | | | | | | | |
| Rental End | 12/ 3/2019 | 8 | 8x20 Keder Wall Section (Navi) | | | | | | | |
| Rental End | 12/ 3/2019 | 8 | 8x20 Section Solid White Wall | | | | | | | |
| Rental End | 12/ 3/2019 | 40 | 8x20 Section Solid White Wall | | | | | | | |
| Rental End | 12/ 3/2019 | 1 | 9x10 White Marquee Tent | | | | | | | |
| Rental End | 12/ 3/2019 | 1 | 9x60 White Marquee Tent | | | | | | | |
| Rental End | 12/ 3/2019 | 4 | Bistro/Market LED Lights | | | | | | | |
| Sale | 11/ 5/2019 | 1 | Delivery & Pickup | | | | | | | |
| Rental End | 12/ 3/2019 | 12 | Doublehead Steel Stake | | | | | | | |
| Rental End | 12/ 3/2019 | 6 | Fire Pkg- Lighted Exit, No Smoking,10lb | | | | | | | |
| Rental End | 12/ 3/2019 | 4 | Free Standing Sign and Banner System | | | | | | | |
| Rental End | 12/ 3/2019 | 6 | No Smoking Sign (printed) | | | | | | | |
| Sale | 11/ 5/2019 | 6 | Set-Up/Take-Down Tables | | | | | | | |
| Rental End | 12/ 3/2019 | 10 | Single Panel For 6' Picket | | | | | | | |
| Rental End | 12/ 3/2019 | 10 | Single Post/Base for 6' Picket | | | | | | | |
| Rental End | 12/ 3/2019 | 2 | Single Post/Base for 6' Picket | | | | | | | |
| Period: 11/ 5/2019 - 12/ 3/2019 | | | | Information: 2019 Atlanta Mudder | | | | | | |
| 33938 Closed | 12/ 3/2019 | 488.00 | 185.00 | 0.00 | 0.00 | 0.00 | 52.16 | 725.16 | 236.19 | 488.97 |
| Rental End | 12/ 3/2019 | 2 | 100lb Propane Tank - Blue | | | | | | | |
| Rental End | 12/ 3/2019 | 2 | 170,000 BTU Propane Heater Kit | | | | | | | |
| Sale | 11/ 8/2019 | 1 | Delivery & Pickup | | | | | | | |
| Rental End | 12/ 3/2019 | 2 | Diffuser for 170,000 BTU Heater | | | | | | | |
| Rental End | 12/ 3/2019 | 2 | Thermostat for LB White Heater | | | | | | | |
| Period: 11/ 8/2019 - 12/ 3/2019 | | | | Information: Tough Mudder | | | | | | |
| | | | | | | | | 21,980.61 | 8,016.19 | 13,964.42 |

**Amount Due:** 13,964.42

| Due Now | 31-60 Days | 61-90 Days | 91+ Days |
|---|---|---|---|
| 0.00 | 0.00 | 13,964.42 | 0.00 |

YOUR ACCOUNT IS PAST DUE , YOUR IMMEDIATE ATTENTION WILL BE APPRECIATED.

**THANK YOU FOR PROMPT PAYMENT**

Classic Tents & Events
6380 Best Friend Rd.
Norcross, GA  30071
Classic-Tents.com

| | Closed | Invoice # |
|---|---|---|
| | Tue 12/ 3/2019 | 33779 |

**Bill to:**          **Customer# 8219**

Tough Mudder Inc.
15 MetroTech Center
Seventh Floor
BROOKLYN, NY 11201

Job Descr:    2019 ATL Mudder

Date Out:    Sat 11/ 9/2019

| Terms | Aging Date |
|---|---|
| Due upon receipt | Tue 12/ 3/2019 |

**Ordered By:** Aaliyah Fowler
**Salesman:** Karen Alcock
## DELIVERY AND PICKUP

**Delivery Date:** Sat 11/ 2/2019  8:00 AM          **Contact:**   Aaliyah Fowler
**Pickup Date:** Mon 11/18/2019                     **Phone:**    916-308-9608
**Used at Address:** 8750 Campbellton Fairburn Rd ; FAIRBURN, GA 30213
Delivery: Arrive: 8 AM
Delivery Times confirm
Stays through WTM
Delivery Arrive 8AM

CLIENT RESPONSIBLE FOR PERMITTING-Sent Flame Cert to anamaria.rojas@toughmudder.com 10/09/18.
CLIENT RESPONSIBLE FOR POWER/GENERATOR

| Qty | Item | Description | Date | Amount | Rate |
|---|---|---|---|---|---|
| 1 | 1826 | 20x40 F3 White Frame Tent | Tue 12/ 3/2019 | 994.00 | 994.00 |
| 1 | 1536 | 8x20 Section Solid White Wall | Tue 12/ 3/2019 | 33.00 | 33.00 |
| 10 | 1545 | 8x10 Keder Wall Section (Navi) | Tue 12/ 3/2019 | 17.00 | 170.00 |
| 2 | 1314 | Fire Pkg- Lighted Exit, No Smoking,10lb | Tue 12/ 3/2019 | 92.00 | 184.00 |
| 2 | 958 | No Smoking Sign (printed) | Tue 12/ 3/2019 | 0.00 | 0.00 |
| 2 | 959 | 10lb Fire Extinguisher | Tue 12/ 3/2019 | 0.00 | 0.00 |
| 2 | 426 | 50ft Extension Cord | Tue 12/ 3/2019 | 0.00 | 0.00 |
| 1 | 2316 | Delivery & Pickup | Delivery | 180.00 | 180.00 |
| 1 | 2315 | Separator Note | Sales | 0.00 | 0.00 |

### Please pay from this invoice.

| Rental and Sales: | Misc Charges: | | | FULTON (NOT ATLANT |
|---|---|---|---|---|
| $1,561.00 | $0.00 | | $0.00 | $120.98 |

## Payment Due upon receipt

| Total Amount : | $1,681.98 | | Total Paid: | $840.99 | Total Due: | $840.99 |
|---|---|---|---|---|---|---|
| 770-449-1010 Phone | | | 770-242-4030 Fax | | | |

Classic Tents & Events
6380 Best Friend Rd.
Norcross, GA  30071
Classic-Tents.com

| | Closed | Invoice # |
|---|---|---|
| | Tue 12/ 3/2019 | 33786 |

**Bill to:**          **Customer#  8219**

Tough Mudder Inc.
15 MetroTech Center
Seventh Floor
BROOKLYN, NY 11201

**Job Descr:**    2019 Toughest Mudder

**Date Out:**    Fri 11/15/2019

| Terms | Aging Date |
|---|---|
| Due upon receipt | Tue 12/ 3/2019 |

**Ordered By:** Aaliyah Fowler
**Salesman:** Karen Alcock
# DELIVERY AND PICKUP

**Delivery Date:** Mon 11/11/2019          **Contact:**    Aaliyah Fowler
**Pickup Date:** Mon 11/18/2019          **Phone:**    916-308-9608
**Used at Address:** 8445 Browns Lake Rd ; FAIRBURN, GA 30213
Deliver when picking up POR#33779
Delivery Arrive 8 AM

2 HEATERS ARE ALREADY ON SITE
WILL NEED TO BRING NEW PROPANE.

40x80 MERCH TENT IS ON DYEHARDFANSUPPLY INVOICE

CLIENT RESPONSIBLE FOR PERMITTING-Sent Flame Cert to anamaria.rojas@toughmudder.com 10/09/18.
CLIENT RESPONSIBLE FOR POWER/GENERATOR

LOOK AT ADDRESS:
10045 Cedar Grove Rd Fairburn GA 30213

| Qty | Item | Description | Date | Amount | Rate |
|---|---|---|---|---|---|
| 2 | 2318 | 5 Gallon Cambro | Tue 12/ 3/2019 | 26.50 | 53.00 |
| 1 | 296 | 10x10 White Fiesta Frame Tent | Tue 12/ 3/2019 | 109.00 | 109.00 |
| 1 | 2479 | 9x60 White Marquee Tent | Tue 12/ 3/2019 | 520.00 | 520.00 |
| 1 | 701 | 9x10 White Marquee Tent | Tue 12/ 3/2019 | 87.00 | 87.00 |
| 1 | 739 | 10x20 White Marquee Tent | Tue 12/ 3/2019 | 197.00 | 197.00 |
| 1 | 739 | 10x20 White Marquee Tent | Tue 12/ 3/2019 | 197.00 | 197.00 |
| 2 | 737 | 10x40 White Marquee Tent | Tue 12/ 3/2019 | 393.00 | 786.00 |
| 1 | 388 | 20x20 White Frame Tent | Tue 12/ 3/2019 | 331.00 | 331.00 |
| 2 | 388 | 20x20 White Frame Tent | Tue 12/ 3/2019 | 166.00 | 332.00 |
| 1 | 1369 | 30x30 F3 White Frame Tent | Tue 12/ 3/2019 | 745.00 | 745.00 |
| 1 | 575 | 40x40 Navi-Trac Tent | Tue 12/ 3/2019 | 1,325.00 | 1,325.00 |
| 1 | 1645 | 40x50 Navi-Trac Tent | Tue 12/ 3/2019 | 830.00 | 830.00 |
| 2 | 1536 | 8x20 Section Solid White Wall | Tue 12/ 3/2019 | 33.00 | 66.00 |
| 3 | 1536 | 8x20 Section Solid White Wall | Tue 12/ 3/2019 | 33.00 | 99.00 |
| 2 | 1536 | 8x20 Section Solid White Wall | Tue 12/ 3/2019 | 33.00 | 66.00 |
| 3 | 1536 | 8x20 Section Solid White Wall | Tue 12/ 3/2019 | 33.00 | 99.00 |

## Continued

| Qty | Item | Description | Date | Amount | Rate |
|---|---|---|---|---|---|
| 8 | 1536 | 8x20 Section Solid White Wall | Tue 12/ 3/2019 | 33.00 | 264.00 |
| 1 | 1732 | 8x30 Section Solid White Wall | Tue 12/ 3/2019 | 50.00 | 50.00 |
| 4 | 2003 | 8x20 Cathedral Wall Sections | Tue 12/ 3/2019 | 63.00 | 252.00 |
| 4 | 2003 | 8x20 Cathedral Wall Sections | Tue 12/ 3/2019 | 63.00 | 252.00 |
| 2 | 1545 | 8x10 Keder Wall Section (Navi) | Tue 12/ 3/2019 | 17.00 | 34.00 |
| 12 | 1547 | 8x20 Keder Wall Section (Navi) | Tue 12/ 3/2019 | 33.00 | 396.00 |
| 8 | 1552 | 8x15 Cathedral Keder Wall (Navi) | Tue 12/ 3/2019 | 45.00 | 360.00 |
| 8 | 1553 | 8x20 Cathedral Keder Wall (Navi) | Tue 12/ 3/2019 | 60.00 | 480.00 |
| 10 | 1061 | Z-Style Coat Rack | Tue 12/ 3/2019 | 38.00 | 380.00 |
| 4 | 1951 | Bistro/Market LED Lights | Tue 12/ 3/2019 | 38.00 | 152.00 |
| 1 | 2746 | 170,000 BTU Propane Heater Kit | Tue 12/ 3/2019 | 114.00 | 114.00 |
| 3 | 2746 | 170,000 BTU Propane Heater Kit | Tue 12/ 3/2019 | 114.00 | 342.00 |
| 4 | 147 | 100lb Propane Tank - Blue | Tue 12/ 3/2019 | 130.00 | 520.00 |
| 4 | 147 | 100lb Propane Tank - Blue | Tue 12/ 3/2019 | 130.00 | 520.00 |
| 1 | 2747 | 80,000 BTU Propane Heater Kit | Tue 12/ 3/2019 | 91.00 | 91.00 |
| 1 | 145 | 50lb Propane Tank - Orange | Tue 12/ 3/2019 | 65.00 | 65.00 |
| 4 | 148 | Thermostat for LB White Heater | Tue 12/ 3/2019 | 0.00 | 0.00 |
| 1 | 148 | Thermostat for LB White Heater | Tue 12/ 3/2019 | 0.00 | 0.00 |
| 1 | 148 | Thermostat for LB White Heater | Tue 12/ 3/2019 | 0.00 | 0.00 |
| 1 | 1923 | Diffuser for 80,000 BTU Heater | Tue 12/ 3/2019 | 0.00 | 0.00 |
| 1 | 1924 | Diffuser for 170,000 BTU Heater | Tue 12/ 3/2019 | 0.00 | 0.00 |
| 3 | 1924 | Diffuser for 170,000 BTU Heater | Tue 12/ 3/2019 | 0.00 | 0.00 |
| 2 | 426 | 50ft Extension Cord | Tue 12/ 3/2019 | 12.00 | 24.00 |
| 1 | 1928 | 10 Gallon Cambro | Tue 12/ 3/2019 | 29.00 | 29.00 |
| 4 | 1928 | 10 Gallon Cambro | Tue 12/ 3/2019 | 29.00 | 116.00 |
| 2 | 2316 | Delivery & Pickup | Delivery | 180.00 | 360.00 |
| 1 | 2315 | Separator Note | Sales | 0.00 | 0.00 |
| 1 | 2315 | Separator Note | Sales | 0.00 | 0.00 |
| 1 | 2316 | addl delivery request | Delivery | 175.00 | 175.00 |

### Please pay from this invoice.

| Rental and Sales: | Misc Charges: | | | FULTON (NOT ATLANT |
|---|---|---|---|---|
| $10,818.00 | $0.00 | | $0.00 | $765.10 |

## Payment Due upon receipt

| Total Amount : | $11,583.10 | Discount: | $945.80 | Total Paid: | $2,470.92 | Total Due: | $8,166.38 |
|---|---|---|---|---|---|---|---|
| 770-449-1010 Phone | | | | 770-242-4030 Fax | | | |

Classic Tents & Events
6380 Best Friend Rd.
Norcross, GA  30071
Classic-Tents.com

| | Closed | Invoice # |
|---|---|---|
| | Tue 12/ 3/2019 | 33794 |

**Bill to:**          **Customer# 8219**

Tough Mudder Inc.
15 MetroTech Center
Seventh Floor
BROOKLYN, NY 11201

Job Descr:   2019 Atlanta Mudder

Date Out:   Tue 11/ 5/2019

| Terms | Aging Date |
|---|---|
| Due upon receipt | Tue 12/ 3/2019 |

**Ordered By:** Aaliyah Fowler
**Salesman:** Karen Alcock
## DELIVERY AND PICKUP

**Delivery Date:** Tue 11/ 5/2019
**Pickup Date:** Mon 11/11/2019

**Contact:**   Aaliyah Fowler
**Phone:**   916-308-9608

**Used at Address:** 8445 Browns Lake Rd ; FAIRBURN, GA 30213
Delivery: Arrive: 8 AM
Delivery Times confirm
Stays through WTM
Pickup Arrive 9-10 AM

CLIENT RESPONSIBLE FOR PERMITTING
CLIENT RESPONSIBLE FOR POWER/GENERATOR
CLIENT PROVIDING OWN TABLES AND CHAIRS

| Qty | Item | Description | Date | Amount | Rate |
|---|---|---|---|---|---|
| 1 | 2479 | 9x60 White Marquee Tent | Tue 12/ 3/2019 | 520.00 | 520.00 |
| 1 | 701 | 9x10 White Marquee Tent | Tue 12/ 3/2019 | 87.00 | 87.00 |
| 1 | 739 | 10x20 White Marquee Tent | Tue 12/ 3/2019 | 197.00 | 197.00 |
| 2 | 388 | 20x20 White Frame Tent | Tue 12/ 3/2019 | 331.00 | 662.00 |
| 1 | 392 | 20x30 White Frame Tent | Tue 12/ 3/2019 | 497.00 | 497.00 |
| 1 | 1880 | 20x40 F3 Gable White Frame Tent | Tue 12/ 3/2019 | 662.00 | 662.00 |
| 1 | 1369 | 30x30 F3 White Frame Tent | Tue 12/ 3/2019 | 745.00 | 745.00 |
| 1 | 1645 | 40x50 Navi-Trac Tent | Tue 12/ 3/2019 | 1,656.00 | 1,656.00 |
| 4 | 1299 | 350lb Concrete Weight | Tue 12/ 3/2019 | 16.50 | 66.00 |
| 4 | 1389 | 350lb Weight Covers- White | Tue 12/ 3/2019 | 0.00 | 0.00 |
| 12 | 582 | Doublehead Steel Stake | Tue 12/ 3/2019 | 5.00 | 60.00 |
| 8 | 1536 | 8x20 Section Solid White Wall | Tue 12/ 3/2019 | 33.00 | 264.00 |
| 40 | 1536 | 8x20 Section Solid White Wall | Tue 12/ 3/2019 | 33.00 | 1,320.00 |
| 7 | 1546 | 8x15 Keder Wall Section (Navi) | Tue 12/ 3/2019 | 25.00 | 175.00 |
| 8 | 1547 | 8x20 Keder Wall Section (Navi) | Tue 12/ 3/2019 | 33.00 | 264.00 |
| 2 | 1952 | 8x10 Cathedral Keder Wall (Navi) | Tue 12/ 3/2019 | 30.00 | 60.00 |
| 4 | 1552 | 8x15 Cathedral Keder Wall (Navi) | Tue 12/ 3/2019 | 45.00 | 180.00 |
| 6 | 2537 | 30" Wide Cocktail Table - 42" Tall | Tue 12/ 3/2019 | 15.00 | 90.00 |
| 10 | 2576 | 6' White Picket Fence | Tue 12/ 3/2019 | 22.00 | 220.00 |
| 10 | 2568 | Single Post/Base for 6' Picket | Tue 12/ 3/2019 | 0.00 | 0.00 |
| 10 | 1781 | Single Panel For 6' Picket | Tue 12/ 3/2019 | 0.00 | 0.00 |

## Continued

| Qty | Item | Description | Date | Amount | Rate |
|-----|------|-------------|------|--------|------|
| 2 | 2568 | Single Post/Base for 6' Picket | Tue 12/ 3/2019 | 0.00 | 0.00 |
| 6 | 1100 | 120" Round Linen- Black | Tue 12/ 3/2019 | 20.00 | 120.00 |
| 4 | 1942 | Free Standing Sign and Banner System | Tue 12/ 3/2019 | 52.00 | 208.00 |
| 4 | 1951 | Bistro/Market LED Lights | Tue 12/ 3/2019 | 38.00 | 152.00 |
| 6 | 1314 | Fire Pkg- Lighted Exit, No Smoking,10lb | Tue 12/ 3/2019 | 92.00 | 552.00 |
| 6 | 958 | No Smoking Sign (printed) | Tue 12/ 3/2019 | 0.00 | 0.00 |
| 6 | 959 | 10lb Fire Extinguisher | Tue 12/ 3/2019 | 0.00 | 0.00 |
| 6 | 426 | 50ft Extension Cord | Tue 12/ 3/2019 | 0.00 | 0.00 |
| 4 | 426 | 50ft Extension Cord | Tue 12/ 3/2019 | 12.00 | 48.00 |
| 1 | 2316 | Delivery & Pickup | Delivery | 360.00 | 360.00 |
| 6 | 177 | Set-Up/Take-Down Tables | Sales | 2.65 | 15.90 |

### Please pay from this invoice.

| Rental and Sales: | Misc Charges: | | | | FULTON (NOT ATLANT |
|-------------------|---------------|---|---|---|---------------------|
| $9,180.90 | $0.00 | | | $0.00 | $635.77 |

## Payment Due upon receipt

| Total Amount : | $9,816.67 | Discount: | $880.50 | Total Paid: | $4,468.09 | Total Due: | $4,468.08 |
|----------------|-----------|-----------|---------|-------------|-----------|------------|-----------|
| 770-449-1010 Phone | | | | 770-242-4030 Fax | | | |

Classic Tents & Events
6380 Best Friend Rd.
Norcross, GA  30071
Classic-Tents.com

| Closed | Invoice # |
|---|---|
| Tue 12/ 3/2019 | 33938 |

**Bill to:**          **Customer#  8219**

Tough Mudder Inc.
15 MetroTech Center
Seventh Floor
BROOKLYN, NY 11201

Job Descr:  Tough Mudder

Date Out:  Fri 11/ 8/2019

| Terms | Aging Date |
|---|---|
| Due upon receipt | Tue 12/ 3/2019 |

**Ordered By:** Aaliyah Fowler
**Salesman:** Karen Alcock
## DELIVERY AND PICKUP

**Delivery Date:** Thu 11/ 7/2019          **Contact:**  Aaliyah
**Pickup Date:** Mon 11/11/2019          **Phone:**  916-308-9608
**Used at Address:** 8445 Browns Lake Rd ; FAIRBURN, GA 30213
Please deliver to Medical Tent.
Pickup arrive 9-10 AM

| Qty | Item | Description | Date | Amount | Rate |
|---|---|---|---|---|---|
| 2 | 2746 | 170,000 BTU Propane Heater Kit | Tue 12/ 3/2019 | 114.00 | 228.00 |
| 2 | 147 | 100lb Propane Tank - Blue | Tue 12/ 3/2019 | 130.00 | 260.00 |
| 2 | 148 | Thermostat for LB White Heater | Tue 12/ 3/2019 | 0.00 | 0.00 |
| 2 | 1924 | Diffuser for 170,000 BTU Heater | Tue 12/ 3/2019 | 0.00 | 0.00 |
| 1 | 2316 | Delivery & Pickup | Delivery | 185.00 | 185.00 |

### Please pay from this invoice.

| Rental and Sales: | Misc Charges: | | | | FULTON (NOT ATLANT |
|---|---|---|---|---|---|
| $673.00 | $0.00 | | | $0.00 | $52.16 |

## Payment Due upon receipt

| Total Amount : | $725.16 | | Total Paid: | $236.19 | Total Due: | $488.97 |
|---|---|---|---|---|---|---|
| 770-449-1010 Phone | | | 770-242-4030 Fax | | | |

**Karen Alcock**

From:            DoNotReply@ereceipt.usps.gov
Sent:            Saturday, February 1, 2020 9:41 AM
To:              Karen Alcock
Subject:         USPS eReceipt

**USPS.COM**

```
========================================================
                    BOGGS ROAD
                   1605 BOGGS RD
               DULUTH, GA, 30096-5519
                    122750-7500
                   (800)275-8777
                 02/01/2020 09:39 AM
========================================================
========================================================
--------------------------------------------------------
Product                    Qty    Unit Price      Price
--------------------------------------------------------
PM Window FR Env            1         $7.75        $7.75
    (Domestic)
    (BROOKLYN, NY  11201)
    (Flat Rate)
    (Expected Delivery Day)
    (Monday 02/03/2020)
    (USPS Tracking #)
    (9505 5168 1141 0032 0094 88 )
Insurance                                          $0.00
    (Up to $50.00 included)
--------------------------------------------------------
Total:                                             $7.75

--------------------------------------------------------
VISA                                               $7.75
    (Account #:XXXXXXXXXXXX9305)
```

1

```
    (Approval #:00055988)
    (Transaction #:0000556)
    (AID:A000000031010                  Chip)
    (AL:VISA CREDIT)
    (PIN:Not Required      CAPITAL ONE VISA)

Clerk ID: 00
Receipt #: 840-33000749-1-107737-2


               Includes up to $50 insurance

           Text your tracking number to 28777
           (2USPS) to get the latest status.
           Standard Message and Data rates may
           apply. You may also visit www.usps.com
           USPS Tracking or call 1-800-222-1811.


           In a hurry? Self-service kiosks offer
           quick and easy check-out. Any Retail
               Associate can show you how.

            Save this receipt as evidence of
           insurance. For information on filing
               an insurance claim go to
           https://www.usps.com/help/claims.htm

               Preview your Mail
               Track your Packages
               Sign up for FREE @
               www.informeddelivery.com
               HELP US SERVE YOU BETTER

            TELL US ABOUT YOUR RECENT
                POSTAL EXPERIENCE

                   Go to:
           https://postalexperience.com/pos?mt=9
                        2
```

840-3300-0749-001-00001-07737-02

or call 1-800-410-7420.

YOUR OPINION COUNTS

**Privacy Act Statement:** Your information will be used to provide you with an electronic receipt for your purchase transaction via email. Collection is authorized by 39 USC 401, 403, and 404. Providing the information is voluntary, but if not provided, we will be unable to process your request to receive an electronic receipt. We do not disclose your information to third parties without your consent, except to facilitate the transaction, to act on your behalf or request, or as legally required. This includes the following limited circumstances: to a congressional office on your behalf; to financial entities regarding financial transaction issues; to a U.S. Postal Service auditor; to entities, including law enforcement, as required by law or in legal proceedings; to contractors and other entities aiding us to fulfill the service (service providers); to process servers; to domestic government agencies if needed as part of their duties; and to a foreign government agency for violations and alleged violations of law. For more information on our privacy policies visit www.usps.com/privacypolicy.

This is an automated email. Please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of this email by you is prohibited.

**Classic Tents & Events**
**Customer Call Log**
**Monday, February 10, 2020**

---

## Account # 8219          Tough Mudder Inc.                    Duration: 2

15 MetroTech Center                    BROOKLYN, NY 11201        916 308-9608

| Call # | Date | | Contract | Operator |
|---|---|---|---|---|
| 5214 | 2/6/2020 | 8:50:30AM | 33786 | Karen Alcock |

Sent: Wednesday, February 5, 2020 4:15 PM
To: Sales - Classic <sales@classic-tents.com>
Subject: OOO Re: Invoice# 33779 Info: 2019 ATL Mudder Date: 11/9/2019

Hello,

I am no longer an employee of Tough Mudder.  For further information, please contact counsel to the
chapter 11 trustee of Tough Mudder Incorporated and Tough Mudder Event Production, Inc., Morris,
Nichols, Arsht & Tunnell LLP, 1201 North Market Street, 16th Floor, Wilmington, Delaware 19801,
phone: 302-659-9200 (attn.: Curtis S. Miller, Matthew B. Harvey, and Joseph C. Barsalona II)

Best,
Aaliyah

--
*_*

*Aaliyah Fowler*
*Associate Producer, Festival*

Tough Mudder Inc.
15 MetroTech Center Brooklyn, NY, 11201

5208  2/5/2020  4:24:32PM            Karen Alcock
From: Aaliyah Fowler <aaliyah.fowler@toughmudder.com>
Sent: Wednesday, February 5, 2020 4:15 PM
To: Sales - Classic <sales@classic-tents.com>
Subject: OOO Re: Invoice# 33779 Info: 2019 ATL Mudder Date: 11/9/2019

Hello,

I am no longer an employee of Tough Mudder.  For further information, please contact counsel to the
chapter 11 trustee of Tough Mudder Incorporated and Tough Mudder Event Production, Inc., Morris,
Nichols, Arsht & Tunnell LLP, 1201 North Market Street, 16th Floor, Wilmington, Delaware 19801,
phone: 302-659-9200 (attn.: Curtis S. Miller, Matthew B. Harvey, and Joseph C. Barsalona II)

Best,
Aaliyah

--
*_*

*Aaliyah Fowler*
*Associate Producer, Festival*

Tough Mudder Inc.
15 MetroTech Center Brooklyn, NY, 11201

5173  2/3/2020  8:54:48AM            Karen Alcock                    Call Duration: 1
Final Notice mailed 2/1/2020.
Receipt attached.

| Customer Call Log | Monday, February 10, 2020 | Page 2 of 2 |
|---|---|---|

## Account # 8219     Tough Mudder Inc.     Duration: 2

15 MetroTech Center     BROOKLYN, NY 11201     916 308-9608

| Call # | Date | Contract | Operator |
|---|---|---|---|

**4994** 1/20/2020 10:26:37AM     Karen Alcock
Aaliyah,
We have not received final payment. We have not had a response from you since we sent the invoice showing the payments. I have sent the statement with all attached invoices.
Please contact us with payment or we will have to initiate a collection agency to collect.

**4976** 1/17/2020 2:08:26PM     Karen Alcock
Following up on payment for Fall 2019 Event...

**4910** 1/13/2020 10:51:58AM     Karen Alcock
Aaliyah,
Attached please see outstanding invoices for Tough Mudder.
We need to be able to get these paid so that we can close our books for 2019.
Please contact me with payment arrangements.
Thank you,

**4807** 12/30/2019 10:08:30AM     Karen Alcock
Aaliyah,

Hope your holidays have been happy and healthy!

Just wanted to let you know that we still have not received the balance in our bank account. Could you follow up on that issue?
My Accounting Dept. is wanting to close the books on 2019 and they are harassing me about it.

I would appreciate it.

**4517** 11/15/2019 2:19:28PM 33786     Matthew Despas
Talked to Aailayah confirming pickup.

**4439** 11/4/2019 6:12:12PM 33794     Matthew Despas
Talked to Aaliyah confirming delivery.

**4417** 11/1/2019 5:53:30PM 33779     Matthew Despas     Call Duration: 1
Talked to Aailiyah confirming delivery.

**4365** 10/29/2019 8:42:40AM 33786     Karen Alcock
Okay. Just wanted to touch base with you on that....
There should be a second email with additional questions for you.
If you can prioritize the tents, then on 11/5 we can put most important up first , etc.

**4364** 10/29/2019 8:42:19AM 33786     Karen Alcock
Aaliyah,
A couple of items:
· If you could prioritize the tents
· if we have time when we install the Compound Tent we could conceivably do additional tent(s)
· also the # of tables and chairs for tents.
· Did you want us to setup tables & chairs or stack them?
· "Secure Doors that lock" we do not have a locking set, what we do have are doors that have handles on the outside which a chain w/ lock could be used. If that is something that you want us to provide-I would need to know.

**Karen Alcock**

| | |
|---|---|
| **From:** | Aaliyah Fowler <aaliyah.fowler@toughmudder.com> |
| **Sent:** | Friday, October 25, 2019 3:05 PM |
| **To:** | Karen Alcock |
| **Subject:** | Tough Mudder Tenting |
| **Attachments:** | WTM Tenting Order.xlsx; WTM Tenting.JPG; ATL Tenting Order.xlsx; ATL Tenting.JPG |

Hi Karen,

Thank you so much for your time today! Below is a bit more information on our events and attached are our tenting needs and maps. With the event so close together, some tents will be reused and others will need to be taken down, as well as built. On the both event orders, I have highlighted the repeat tents in a darker green. Please feel free to give me a call if you have any questions!

**Event:** *Tough Mudder Atlanta* - November 9th and 10th
**Event Location:** 8750 Campbellton Fairburn Rd Fairburn, GA 30213
**Expected bodies on site throughout weekend:** 5,523

**Event:** *World's Toughest Mudder* - November 15th, 16th and 17th
**Event Location:** 8750 Campbellton Fairburn Rd Fairburn, GA 30213
**Expected bodies on site throughout weekend:** 2,000

Talk soon,
Aaliyah
–

Aaliyah Fowler
Associate Producer, Festival

THE BEST OBSTACLES

1

## Tough Mudder Atlanta Tenting Order

Address: Bouckaert Farms 8750 Competition Fairburn, GA 30213

**Build Date: November 11th-12th, Event Date: November 15th, 16th & 17th, Breakdown November 18th**

**Tough Mudder Contact Info:**
Aaleyah Tower
(410)303-7606

**Rental Info:**

| Location | Drop/Build #? | Quantity | Width | Length | Sq. Ft. | Weight | Flooring | Sidewalls | Chairs | 8 ft Tables | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mon | 1 | 20 | 40 | 900 | Staked | No | | x | | Heated |
| | Mon | 2 | 10 | 50 | 500 | Staked | No | 3 Sides | x | | Heated |
| | Mon | 3 | 40 | 50 | 2000 | Staked | No | | x | | Heated |
| | Mon | 1 | 30 | 30 | 900 | Staked | No | | x | x | |
| | Mon | 1 | 10 | 20 | 200 | Staked | No | | x | x | |
| | Mon | 1 | 20 | 20 | 400 | Staked | No | | x | x | Needs to be full sidewalls near showers |
| | Mon | 2 | 20 | 20 | 400 | Staked | No | | x | x | |
| | Mon | 1 | 10 | 40 | 400 | Staked | Yes | All Sides w/ windows | x | x | 2 secure doors that lock with hard flooring and 8 - 30K lumen LED UFO round lights needed |
| | Mon | 1 | 40 | 80 | 3200 | Staked | No | All Sides w/ windows | x | x | Heated |
| | Mon | | 40 | 40 | 1600 | Staked | No | All Sides w/ windows | x | x | |
| | Mon | | 10 | 20 | 200 | Staked | No | All Sides | x | x | |
| | Mon | | 10 | 10 | 100 | Staked | No | All Sides | x | x | |
| | Mon | 2 | 20 | 20 | 400 | Staked | No | All Sides w/ windows | x | x | |

**Other**

| | Drop/Build | Quantity | Notes |
|---|---|---|---|
| | Friday 11/15 by 4PM | | Delivered to Wiki Heaven Blvd West End 1010 White St SW Atlanta GA 30310 |
| | Mon | n/a | |
| | Mon | n/a | |
| | Mon | n/a | |
| | Mon | n/a | |
| | Mon | n/a | 50 ft straps to hang outside covering jumbotron/food truck area |

Delivery: Tue 11/ 5/2019

# Delivery

Pickup: Mon 11/11/2019



**CLASSIC**
TENTS & EVENTS

6380 Best Friend Rd.
Norcross, GA 30071
Classic-Tents.com
770-449-1010 Phone
770-242-4030 Fax

**Status: Open**
Contract #: 33794

Event Beg: Tue 11/5/2019  12:00AM
Event End: Mon 11/11/2019 12:00AM
Operator: Matthew Despas

Customer #  8215

916-308-9608 Phone

Tough Mudder Inc.

8750 Campbellton Fairburn Rd
FAIRBURN, GA 30213

Job Descr:  2019 Atlanta Mudder

Ordered By: Aaliyah Fowler    916 308-3608
Salesman: Karen Alcock

### Delivery Tue 11/ 5/2019

Jerry
Aaliyah Fowler 916-308-9608
8750 Campbellton Fairburn Rd
FAIRBURN, GA 30213
Delivery: Arrive  8 AM
Delivery Times confirm
Stays through WTM

Driver Name _Jerry Jeantilus_          Time _8AM_

CLIENT RESPONSIBLE FOR PERMITTING
CLIENT RESPONSIBLE FOR POWER/GENERATOR
CLIENT PROVIDING OWN TABLES AND CHAIRS

| Qty | Items Rented | | Load | Del |
|---|---|---|---|---|
| 1 | Delivery & Pickup | | | 1 |
| 1 | 9x60 White Marquee Tent | | | 1 |
| | REGISTRATION** NO WALLS | | | |
| 1 | 10x20 White Marquee Tent | | | 1 |
| | INFO/MUD SERVICES 3 SIDES WALL | | | |
| 2 | 20x20 White Frame Tent | | | 1 |
| | CHANGING TENTS-WALLS ALL 4 SIDES - NEAR SHOWERS** | | | |
| 1 | 20x30 White Frame Tent | | | 1 |
| | NO WALLS | | | |
| 1 | 20x40 F3 Gable White Frame Tent | | | 1 |
| | MERCH-WALL ALL SIDES | | | |
| 1 | 30x30 F3 White Frame Tent | | | 1 |
| | VOLUNTEERS** | | | |
| 1 | 40x50 Navi-Trac Tent | | | 1 |
| | MEDICAL TENT-WALL ALL SIDES** | | | |
| 1 | Double Entry French Doors | | | 1 |
| 4 | 350lb Concrete Weight | | | 4 |
| | BISTRO LIGHTS** | | | |
| 4 | 350lb Weight Covers- White | | | 4 |
| 4 | 350lb Weight Covers- White | | | 4 |
| 12 | Doublehead Steel Stake | | | 12 |
| 8 | 8x20 Section Solid White Wall | | | 8 |
| | CHANGING TENTS-WALLS 4 SIDES-NEAR SHOWERS | | | |
| 40 | 8x20 Section Solid White Wall | | | 40 |
| | INFO/MUD SERVICES 3 SIDES WALL** | | | |
| 7 | 8x15 Keder Wall Section (Navi) | | | 7 |
| | VOLUNTEER TENT/1 BAY OPEN FOR ACCESS | | | |
| 8 | 8x20 Keder Wall Section (Navi) | | | 8 |
| 1 | 8x10 NT Keder Wall  Dbl Door Cut Out | | | 1 |
| | MEDICAL TENT** | | | |
| 2 | 8x10 Cathedral Keder Wall (Navi) | | | 2 |
| | MERCH Tent -20x40 GABLE | | | |
| 4 | 8x15 Cathedral Keder Wall (Navi) | | | 4 |
| | MERCH TENT 20x40 GABLE | | | |
| 6 | 30" Wide Cocktail Table - 42" Tall | | | 6 |
| 6 | 30" Wide Cocktail Table - 42" Tall | | | 6 |

Modification #11
contract-params SQL.rpt (2)

Contract #:  33794        Tough Mudder Inc.

| Qty | Items Rented | Load | Del |
|---|---|---|---|
| 6 | Set Up/Take Down Tables | | 6 |
| 10 | 6' White Picket Fence | | 10 |
| | VIP PICKET FENCE | | |
| 10 | Single Post/Base for 6' Picket | | 1 |
| 10 | Single Panel For 6' Picket | | |
| 2 | Single Post/Base for 6' Picket | | 2 |
| 10 | Set up/Take Down of Fencing | | 10 |
| 6 | 120" Round Linen- Black | | 6 |
| | DELIVERED ON HANGERS for HIGHBOYS | | |
| 4 | Free Standing Sign and Banner System | | 4 |
| | BISTRO LIGHTS TO COVER BEER TENT AREA** | | |
| 4 | Bistro/Market LED Lights | | 4 |
| | BISTRO LIGHTS TO COVER BEER TENT AREA** | | |
| 6 | Fire Pkg- Lighted Exit, No Smoking,10lb | | 6 |
| | TENTS WITH FOUR WALLS (2 in MEDICAL) | | |
| 6 | No Smoking Sign (printed) | | 6 |
| 6 | 10lb Fire Extinguisher | | 6 |
| 6 | 50ft Extension Cord | | 6 |
| 4 | 50ft Extension Cord | | 4 |

# Thank you for your Business!

## Rental Contract

Subject to: Site inspection and level portage to within 50' of delivery truck. Permits responsibility of client and tent to be staked in grass unless contracted otherwise. Client responsible for marking all underground utilities including irrigation. All payment with credit card subject to 3.00% processing fee

Signature: _Farijah Fahr_

Tough Mudder Inc.

Modification #11
contract-params SQL.rpt (2)