

AIB
41 South Main Street
Naas
Co Kildare
W91FN22

T +353 045 879136
F +353 045 879181
E naas@aib.ie
www.aib.ie

**FILED**
**2020 FEB 24 AM 8:41**
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Bankruptcy Clerks Office,
824 Market Street,
3rd Floor,
Wilmington,
DE 19801
USA

18th February 2020.

Re: Tough Mudder Incorporated
Case No – 20-10036 (CSS) &20-10037(CSS)

Dear Sir/ Madam,

Please find enclosed paperwork which was received here in error at AIB Bank on the above date.

Can you please correct your records and forward to the rightful recipient.

Kinds Regards

Michael Donoghue
Officer

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | Tough Mudder Incorporated; Tough Mudder Event Production Incorporated<br>Name | EIN | 46 - 5652576 & 47-2406845 |
| United States Bankruptcy Court | District of Delaware | Date case filed in chapter | 1/7/2020 |
| Case number: | 20-10036 (CSS) & 20-10037 (CSS) | Date case converted to chapter | N/A |

Official Form 309F (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case                                    12/17

For the debtor listed above and each of the debtors listed below under "Jointly Administered Cases", a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.
This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

Valid Picture ID is required for access to the J. Caleb Boggs Federal Building. Additionally, Debtor(s) must also present photo ID plus original verification of his/her social security number to the Bankruptcy Trustee. If you do not have a photo ID and/or original verification of your social security number, please contact the Office of the United States Trustee's (302-573-6491).

| 1. | Debtor's full name | Tough Mudder Incorporated; Tough Mudder Event Production Incorporated |
|---|---|---|
| 2. | All other names used in the last 8 years | Tough Mudder, LLC |

| Jointly Administered Cases | Case No. | Tax ID. |
|---|---|---|
| N/A | | |

| 3. | Address | 15 MetroTech Center, Brooklyn, NY 11201 |
|---|---|---|

| 4. | Debtor's attorneys |
|---|---|
|   | N/A |

| 5. | Bankruptcy clerk's office | | |
|---|---|---|---|
|   | Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 824 Market Street, 3rd Floor<br>Wilmington, DE 19801 | Hours open: Monday – Friday<br>8:00 AM – 4:00 PM<br><br>Contact phone 302-252-2900 |

Official Form 309F (For Corporations or Partnerships)Notice of Chapter 11 Bankruptcy Case                    Page 1