# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TOUGH MUDDER, INC., *et al*., | Case No. 20-10036 (CSS) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: D.I. 58** |

## NOTICE OF WITHDRAWAL OF DOCUMENT RE: DOCKET NO. 58

Please note that the above-referenced document has been withdrawn, as Storm Events, LLC's objection has been resolved by language to be incorporated in the proposed form of sale order.

Date: February 25, 2020
Wilmington, Delaware

CIARDI CIARDI & ASTIN

*/s/ Joseph J. McMahon, Jr.*
Daniel K. Astin (No. 4068)
Joseph McMahon, Jr. (No. 4819)
1204 North King Street
Wilmington, DE 19801
Telephone: (302) 658-1100
Facsimile: (302) 658-1300
jmcmahon@ciardilaw.com

-and-

Gary B. Elmer, Esq.
CIARDI CIARDI & ASTIN
600 B Street
Suite 300
San Diego, CA 92101
Telephone: (619) 270-8811
Facsimile: (619) 923-2125
gelmer@ciardilaw.com

*Attorneys for Storm Events, LLC,
a California limited liability company*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tough Mudder Inc. (2576) and Tough Mudder Event Production Inc. (6845). The Debtors' address is 15 MetroTech Center, Brooklyn, NY 12201.