# SIGN-IN SHEET

**CASE NAME:** Tough Mudder
**CASE NO:** (CSS) 20-10036
**COURTROOM LOCATION:** 6
**DATE:** 2/25/2020 at 1:00 PM

| NAME *telephonic | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Peg A. Brickley | Dow Jones | Dow Jones |
| Frank White | Arnall Golden Gregory LLP | Active Network LLC |
| Alex Wasi | Nile & Geer (?) | Peshway Cushing |
| [illegible] | | Spartan Race, Inc. at OCR 4x6 |
| Roxanne Wafer | Mintz | Old Bridge Raceway Park Inc |
| Ryan Hiller | Hillon Law | Opin Fit |
| Macli Feely | Cozen O'Connor | [illegible] |
| [illegible] | [illegible] | |
| [illegible] | " | |
| Margaret McGaung | ABSA Law Group | Navy FCU |
| Jane [illegible] | Office US Trustee | US Trustee |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# U.S. Bankruptcy Court-District of Delaware
## Confirmed Telephonic Appearance Schedule
### Honorable Christopher S. Sontchi
#6

*1st Revision  Feb 24 2020  3:22PM*

# Court Conference

Calendar Date: **02/25/2020**
Calendar Time: **01:00 PM ET**

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tough Mudder Incorporated | 20-10036 | Hearing | 10406678 | Peg A. Brickley | (267) 979-0991 ext. | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |

Peggy Drasal ext. 802

CourtConfCal2009