## **EXHIBIT A**

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| TOUGH MUDDER INC., *et al.*,[1] | ) Case No. 20-10036 (CSS) |
| Debtors. | ) Jointly Administered |
| | ) **RE: D.I. __** |

**ORDER UNDER SECTIONS 327(a) AND 328(a) OF THE BANKRUPTCY CODE, RULES 2014 AND 2016 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, AND LOCAL RULES 2014-1 AND 2016-1 AUTHORIZING RETENTION AND EMPLOYMENT OF MORRIS, NICHOLS, ARSHT & TUNNELL LLP AS COUNSEL FOR THE TRUSTEE *NUNC PRO TUNC* TO THE APPOINTMENT DATE**

Upon the application (the "Application")[2] of Derek C. Abbott, Esq., the chapter 11 trustee (the "Trustee") for Tough Mudder Inc. ("Tough Mudder") and Tough Mudder Event Production Inc. ("TM Events" and, together with Tough Mudder, the "Debtors"), in the above-captioned chapter 11 cases (the "Chapter 11 Cases") for entry of an order (this "Order"), pursuant to sections 327(a) and 328(a) of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Local Rules 2014-1 and 2016-1, authorizing the retention and employment of Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols") as counsel for the Trustee *nunc pro tunc* to the Appointment Date; and upon the Harvey Declaration attached to the Application; and the Court being satisfied that Morris Nichols represents no interest adverse to the Debtors' estates, that Morris Nichols is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, and that the retention and employment of Morris Nichols is necessary and in

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tough Mudder Inc. (2576) and Tough Mudder Event Production Inc. (6845). The Debtors' address is 15 MetroTech Center, Brooklyn, NY 12201.

[2] Capitalized terms not otherwise defined herein are used as in the Application.

the best interests of the Debtors, their estates, and other parties in interest; and the Court having jurisdiction over the Application pursuant to 28 U.S.C. § 157(b)(2)(A); and sufficient notice of the Application having been given; and this Court having determined that the relief requested in the Application is just and proper; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Application is GRANTED.

2. The Trustee is authorized to retain and employ Morris Nichols as his counsel in the Chapter 11 Cases *nunc pro tunc* to January 30, 2020.

3. The compensation to be paid to Morris Nichols for professional services rendered and reimbursement for expenses incurred shall be as determined by this Court upon proper application pursuant to sections 330 and 331 of the Bankruptcy Code.

4. The Trustee is authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

5. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated: _____, 2020
       Wilmington, Delaware

THE HONORABLE CHRISTOPHER S. SONTCHI
CHIEF UNITED STATES BANKRUPTCY JUDGE