# SERVICE LIST

**VIA EMAIL AND HAND DELIVERY**

Attn: David W. Carickhoff
Kevin F. Shaw
Archer & Greiner, P.C.
300 Delaware Avenue
Suite 1100
Wilmington, DE  19801-0000
Dcarickhoff@archerlaw.com
kshaw@archerlaw.com

Attn: Daniel K. Astin
Joseph McMahon, Jr.
Ciardi Ciardi & Astin
1204 North King Street
Wilmington, DE  19801-0000
Gelmer@ciardilaw.com

Attn: Mark E. Felger
Cozen O'Connor
1201 N. Market Street
Suite 1001
Wilmington, DE  19801-0000
mfelger@cozen.com

Attn: Michael Buskenkell
Gellert Scali Busenkell & Brown, LLC
1201 N. Market Street
3rd Floor
Wilmington, DE  19801-0000
Mbusenkell@gsbblaw.com

Attn: Adam Hiller
Hiller Law, LLC
1500 North French Street
Wilmington, DE  19801-0000
Ahiller@adamhillerlaw.com

Attn: Christopher D. Loizides
Loizides, P.A.
1225 King Street
Suite 800
Wilmington, DE  19801-0000
loizides@loizides.com

Attn: Chase N. Miller
John E. Tarburton
Orlans PC
4250 Lancaster Pike
Suite 140
Wilmington, DE  19805-0000
Cmiller@orlans.com
jtarburton@orlans.com

Attn: Kathleen M. Miller
Smith, Katzenstein & Jenkins LLP
1000 West Street
Suite 1501
Wilmington, DE  19801-0000
Kmiller@skjlaw.com

Attn: Elihu E. Allinson, III
Sullivan Hazeltine Allinson LLC
901 North Market Street
Suite 1300
Wilmington, DE  19801-0000
zallinson@sha-llc.com

U.S. Trustee
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street   Suite 2207
Lockbox 35
Wilmington, DE  19801-0000
Jane.m.leamy@usdoj.gov

**VA HAND DELIVERY**

U.S. Attorney's Office
U.S. Attorney for the District of Delaware
Hercules Building
1313 N Market Street
Wilmington, DE  19801-0000

**VIA FIRST CLASS U.S. MAIL**

William T. Dean
8 Washington Crescent
Flat 1
London, England  W9IEL
UNITED KINGDOM

Facebook Advertising
15161 Collections Center Drive
Chicago, IL  60693-0000

Attn: Patty Valezuela Stover
Navy Federal Credit Union
820 Follin Lane
Vienna, VA  22180-0000

Active Network, LLC
717 North Harwood
Suite 2500
Dallas, TX  75201-0000

Speedway Motor Sports, Inc.
dba Sonoma Raceway
Highways 37 & 121
Sonoma, CA  95476-0000

**VIA EMAIL AND FIRST CLASS U.S. MAIL**

Attn: Jessica Wee
Wuxi Mayshee Developing Company Ltd
21 Yichun Dasha, 588Nanhu Avenue
Nanchang District, Wuxi
Jiangsu,
CHINA
Jessicawee@mayshee.cn

Attn: Josh Klebanoff
Nationwide Logistics, LLC
PO Box 53485
Cincinnati, OH  45253-0000
Ar@nationwidelogistics.net
joshk@nationwidelogistics.net

Gaia, LLC dba Chattahoochee
Hills Eventing
PO Box 4449
Dalton, GA  30719-0000
info@chatthillseventing.com

Attn: Sheryl L. Moreau
Missouri Department of Revenue
Bankruptcy Unit
PO Box 475
Jefferson City, MO  65105-0475
Deecf@dor.mo.gov

Valley Builders, LLC
775 Furnace Street
PO Box 189
Emmaus, PA  18049-0000
Shellywatson@valleybldrs.com
bwall@valleybldrs.com

Attn: Johnny Beig
Alanic International Corporation
19 W 34th Street
Suite 1018
New York, NY  10001-0000
Johnny@alanic.com

Attn: Margaret Manning
Christopher Isaac
Alba Law Group, P.A.
240 North James Street
Suite 100E
Newport, DE  19804-0000
Delawarebankruptcy@albalawgroup.com

Attn: Allen G. Kadish
Archer & Greiner, P.C.
630 Third Avenue
New York, NY  10017-0000
akadish@archerlaw.com

Attn: Frank N. White
Sean Kulka
Arnall Golden Gregory LLP
171 17th Street NW
Suite 2100
Atlanta, GA  30363-1031
Frank.white@agg.com
sean.kulka@agg.com

Attn: Richard Mattern
Bass, Berry & Sims PLC
150 Third Avenue South
Suite 2800
Nashville, TN  37201-0000
Rmattern@bassberry.com

Attn: David Hillman
Matthew Schafer
CBS Networks Inc.
dba CBS Sports Network
555 West 57th Street
Eighteenth Floor
New York, NY  10019-0000
david.hillman@cbs.com
matthew.schafer@cbs.com

Attn: Gary B. Elmer, Esq.
Ciardi Ciardi & Astin
600 B Street
Suite 300
San Diego, CA  92101-0000
Jmcmahon@ciardilaw.com

Attn: Accounting Dept.
Classic Tents & Events
6380 Best Friend Road
Norcross, GA  30071-0000
Info@classic-tents.com

David Watkins Homes Inc.
659 Wexford Drive
Lafayette, IN  47905-0000
davidwatkinshomes@comcast.net

Attn: Melisa Boodram
Ernst & Young LLP
200 Plaza Drive
Secaucus, NJ  07094-0000
Melisa.boodram@ey.com

Attn: Lisa Gorman
Eventbrite, Inc
155 5th Street
San Francisco, CA  94103-0000
Lgorman@eventbrite.com

Attn: Jonathan Moskin
Foley & Lardner, LLP
90 Park Avenue
37th Floor
New York, NY  10016-0000
Jmoskin@foley.com

Attn: Kevin Kelly
Grant Thornton LLP
1901 S Meyers Road
Suite 455
Oakbrook Terrace, IL  60181-0000
Cash@us.gt.com
Kevin.kelly@us.gt.com

Herc Rentals Inc fka Hertz Equipment
Rental Corporation
27500 Riverview Center
Bonita Springs, FL  34134-0000
nicollette.paul@hercrentals.com

Attn: Arnold Pouteau
Labelium Corp
80 Broad Street
Suite 1303
New York, NY  10004-0000
Pouteau@labelium.com

Attn: Ori S. Blumenfeld
Law Office of Ori S. Blumenfeld
405 N. Palm Dr. #203
Beverly Hills, CA  90210-0000
Oblumenfeldlaw@gmail.com

Attn: John J. Hall
LewisRice
600 Washington Avenue
Suite 2500
Saint Louis, MO  63101-0000
jhall@lewisrice.com

Attn: Adrienne K. Walker
Mintz Levin Cohn Ferris Glovsky Popeo PC
One Financial Center
Boston, MA  02111-0000
Awalker@mintz.com

Attn: Lee S. Raphael
Prober & Raphael, A Law Corporation
20750 Ventura Boulevard
Suite 100
Woodland Hills, CA  91364-0000
cmartin@pralc.com

Attn: Anthony F. Giuliano, Esq.
Pryor & Mandelup, L.L.P.
675 Old Country Road
Westbury, NY  11590-0000
Afg@pryormandelup.com

Attn: Gary Brewer
Trademarc Associates, Inc.
880 Cara Court
Bangor, PA  18013-0000
trademarcbuilders@gmail.com

Wellpoint Holding Corp.
120 Monument Circle
Indianapolis, IN  46204-0000
Monica.Bandy@anthem.com

13545975