# **Exhibit A**

Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| TOUGH MUDDER INC., *et al.*,[1] | ) | Case No. 20-10036 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **RE: D.I. __** |
| | ) | |

**ORDER (I) AUTHORIZING THE CHAPTER 11 TRUSTEE TO REJECT CERTAIN
EXECUTORY CONTRACTS *NUNC PRO TUNC* TO MARCH 9, 2020, AND (II)
GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of Derek C. Abbott, Esq., the chapter 11 trustee

(the "Trustee") for Tough Mudder Inc. ("Tough Mudder") and Tough Mudder Event Production

Inc. ("TM Events" and, together with Tough Mudder, the "Debtors"), in the above-captioned

chapter 11 cases (the "Chapter 11 Cases"), pursuant to sections 105(a) and 365 of title 11 of the

United States Code (the "Bankruptcy Code") and rules 6006 and 9014 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules"), for entry of an order (the "Order"): (i)

authorizing the Trustee to reject, as identified on **Exhibit 1** of the Proposed Order, the executory

contracts (the "Specified Contracts"), effective as of March 9, 2020, and (ii) granting related

relief; and due and sufficient notice of the Motion having been given under the circumstances;

and it appearing that no other or further notice need be provided under the circumstances; and it

appearing that the relief requested by this Motion is in the best interests of the Debtors, their

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tough Mudder Inc. (2576) and Tough Mudder Event Production Inc. (6845). The Debtors' address is 15 MetroTech Center, Brooklyn, NY 12201.

[2]     Capitalized terms not otherwise defined herein are used as in the Motion.

estates, and other parties in interest; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED as set forth herein.

2.      Pursuant to sections 105(a) and 365(a) of the Bankruptcy Code, the Specified Contracts are hereby rejected by the Trustee, effective as of March 9, 2020.

3.      Notwithstanding the relief granted herein and any actions taken hereunder, nothing in the Motion or this Order shall: (a) constitute an admission as to the validity or priority of any claim against the Debtors; (b) constitute a waiver of the Trustee's rights to dispute any claim or assert any defenses or counterclaims to such claim or against the applicable claim proponent; (c) prejudice the Trustee's rights to assert that any of the Specified Contracts are not executory within the meaning of section 365 of the Bankruptcy Code; or (d) prohibit the Trustee from seeking to reject any other executory contracts or leases.

4.      The Motion complies with the requirements of Bankruptcy Rule 6006(f).

5.      Notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective immediately and enforceable upon its entry, including the rejection of the Specified Contracts granted herein which shall be rejected by the Trustee, effective as of March 9, 2020.

6.      The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: _____, 2020          _____
        Wilmington, Delaware          THE HONORABLE CHRISTOPHER S. SONTCHI
                                      CHIEF UNITED STATES BANKRUPTCY JUDGE

## Exhibit 1

**Specified Contracts to Be Rejected**

| # | Contract Counterparty | Address | Description of Contract | Debtor |
|---|---|---|---|---|
| 1. | Glen Helen Raceway Inc | PO Box 6950<br>Attn: Lori Wilson<br>San Bernardino, CA 92407<br>Lori@glenhelen.com | Event Agreement | Tough Mudder Event Production Inc. |
| 2. | Merrill Corporation | Attn: Laura Kaiser<br>One Merrill Circle<br>Saint Paul, MN 55108<br>Laura.Kaiser@MerrillCorp.com | Service Contract | Tough Mudder Inc. |