## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| TOUGH MUDDER INC., *et al.*,[1] | ) | Case No. 20-10036 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **RE: D.I. 74** |
| | ) | |

## CERTIFICATE OF NO OBJECTION REGARDING CHAPTER 11 TRUSTEE'S MOTION FOR ENTRY OF AN ORDER (I) EXTENDING THE TIME TO FILE RULE 2015.3 REPORTS AND (II) GRANTING RELATED RELIEF

The undersigned hereby certifies that, as of the date hereof, Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols") has received no answer, objection, or other responsive pleading to the *Chapter 11 Trustee's Motion for Entry of an Order (I) Extending the Time to File Rule 2015.3 Reports and (II) Granting Related Relief* [D.I. 74] (the "Motion"), filed on February 24, 2020.

The undersigned further certifies that Morris Nichols has caused the review of the Court's docket in these cases and that no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the notice of hearing on the Motion, the deadline to file and serve objections or responses to the Motion was March 9, 2020, at 4:00 p.m. (EDT).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tough Mudder Inc. (2576) and Tough Mudder Event Production Inc. (6845). The Debtors' address is 15 MetroTech Center, Brooklyn, NY 12201.

WHEREFORE, the Trustee respectfully requests that the order attached to the Motion be entered at the earliest convenience of the Court.

Dated: March 10, 2020
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

/s/ Brett S. Turlington
Curtis S. Miller (No. 4583)
Joseph C. Barsalona II (No. 6102)
Brett S. Turlington (No. 6705)
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: cmiller@mnat.com
         jbarsalona@mnat.com
         bturlington@mnat.com

*Proposed Counsel for Derek C. Abbott, Esq., as Chapter 11 Trustee to Tough Mudder Inc. and Tough Mudder Event Production Inc.*