# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| TOUGH MUDDER INC., *et al.*,[1] | Case No. 20-10036 (CSS) |
| Debtors. | Jointly Administered |
| | **Re: D.I. 74** |

## ORDER (I) EXTENDING THE TIME TO FILE RULE 2015.3 REPORTS AND (II) GRANTING RELATED RELIEF

Upon consideration of the motion (the "Motion")[2] of Derek C. Abbott, Esq. the chapter 11 trustee (the "Trustee") for Tough Mudder Inc. ("Tough Mudder") and Tough Mudder Event Production Inc. ("TM Events" and, together with Tough Mudder, the "Debtors"), for entry of an order (this "Order") pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rules 2015.3 and 9006(b), and Local Rule 9006-2, extending the time within which the Debtors must file the Rule 2015.3 Reports, as more fully set forth in the Motion; and due and sufficient notice of the Motion having been given; and it appearing that no other further notice need be provided; and it appearing that the relief requested by this Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tough Mudder Inc. (2576) and Tough Mudder Event Production Inc. (6845). The Debtors' address is 15 MetroTech Center, Brooklyn, NY 12201.

[2] Capitalized terms not otherwise defined herein are used as in the Motion.

2. The deadline for the Trustee to file the Rule 2015.3 Reports is extended through and including sixty (60) days after entry of this Order.

3. This Order shall be without prejudice to the Trustee's ability to seek a further extension or waiver.

4. The Trustee is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

5. Notwithstanding any Bankruptcy Rule to the contrary, this Order shall be immediately effective and enforceable upon its entry.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: March 11th, 2020
Wilmington, Delaware

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE