Clerk of Bankruptcy Court:

I object to the motion of converting Chapter 11 to Chapter 7 for Tough Mudder, Inc & Tough Mudder Event Production. I also protest that I recieved this notice on Sat 3/21/20 w/ a deadline to object of 3/23/20 @ 4:00 PM in writing only.

Sincerely, *Matthew Hindman*

Matthew J. Hindman
1115 Sarah St.
Bethel Park PA 15102

Case No. 20-10036 (CSS)

Tough Mudder Inc., et al., should not have the ability to liquidate assets while those participants (such as myself) in the 2020 races who have pre-paid lose out on registration fees.

FILED 2020 MAR 27 AM 8:59 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE