FILED

2020 MAR 31  AM 8:58

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

To Whom it May Concern,

I would like to object this motion by Tough Mudder INC. as a company you keep a close eye on your finances in regards to money coming in and out of your business. I purchased the event ticket in good faith with a group of friends. As a college student, I like many other people work very hard for my money and it was disappointing to learn the event was cancelled. This event was going to be our friends group get together event for the summer. I am disappointed in the company and believe that they should be held liable for reimbursements to all their customers who purchased event tickets in good faith.

Sincerely,

*[signature]*

Stephen Villarreal