Michael J. Brunetto
406 Roycroft Boulevard
Amherst, New York 14226
(716) 949-5806

FILED
2020 MAR 31  AM 9: 14

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dated: March 22, 2020

Hon. Christopher S. Sontchi
Chief United States Bankruptcy Judge
United States Bankruptcy Court for the District of Delaware
824 Market Street, 5th Floor, Courtroom #6
Wilmington, Delaware 19801

Re: Case 20-10036-CSS; Doc 106-1 (Filed 03/16/20)

Hon. Christopher S. Sontchi,

I am respectfully requesting you (your honor) to take consideration in a judgement to include the REFUNDING of all TOUGH MUDDER 2020 tickets prior to the dissolving of TOUGH MUDDER INC. (if this occurs).

Furthermore, I am respectfully requesting that you make note of the request herein and bring up this question to assigned counsel.

The contract signed with TOUGH MUDDER, INC. does not state a refund will not be made in the event of the company filing bankruptcy.

I am submitting this letter to you (your honor) in case TOUGH MUDDER, INC. decides to alter their contract without notice due to the letter being sent to their assigned counsel.

I personally purchased a $170.00 ticket for a TOUGH MUDDER 2020 event as well as many others.

Respectfully,

Michael J. Brunetto

Encl: N/A
cc: N/A