**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| TOUGH MUDDER INC., *et al.*,[1] | ) ) ) | Case No. 20-10036 (CSS) |
| Debtors | ) ) ) | Jointly Administered |

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF NOTICE AND PLEADINGS**

The **Texas Comptroller of Public Accounts ("Comptroller")** hereby gives notice of its appearance in the case, pursuant to Bankruptcy Rule 9010, by and through the undersigned counsel:

Courtney J. Hull
Assistant Attorney General
bk-chull@oag.texas.gov
c/o Sherri K. Simpson, Paralegal
sherri.simpson@oag.texas.gov
Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711-2548

The **Comptroller** respectfully requests through its counsel that it be served with copies of all notices and other documents issued by the Clerk of the Court and all other reports, pleadings and notices filed by the Trustee or any other interested party in this case, in accordance with Bankruptcy Rules 2002, 3017 and 9013, and any other Bankruptcy Rules or local rules governing notice.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Tough Mudder Inc. (2575) and Tough Mudder Event Production Inc. (6845).  The Debtor's address is 15 MetroTech Center, Brooklyn, NY 12201.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

DARREN L. MCCARTY
Deputy Attorney General for Civil Litigation

RACHEL R. OBALDO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

/s/ Courtney J. Hull
Courtney J. Hull
Assistant Attorney General
Texas State Bar No. 24061297
c/o Sherri K. Simpson, Paralegal
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711-2548
tel:  (512) 475-4562
fax:  (512) 936-1409

**COUNSEL FOR THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS**

# **CERTIFICATE OF SERVICE**

I certify that on the 3rd day of April, 2020, a true copy of the foregoing was served by the method and to the following parties as indicated:

**By Regular First Class Mail**:

Tough Mudder Inc.
15 MetroTech Center
Brooklyn, NY 12201

**By Electronic Means as listed on the Court's ECF Noticing System**:

- **Derek C. Abbott** dabbott@mnat.com
- **Elihu Ezekiel Allinson, III** ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;hcoleman@sha-llc.com
- **Joseph Charles Barsalona II** jbarsalona@mnat.com, joseph--barsalona-5332@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com;glenn-reimann-6767@ecf.pacerpro.com
- **Michael G. Busenkell** mbusenkell@gsbblaw.com
- **David W. Carickhoff** dcarickhoff@archerlaw.com
- **Shawn M. Christianson** schristianson@buchalter.com, cmcintire@buchalter.com
- **Mark E. Felger Esq.** mfelger@cozen.com, kcallahan@cozen.com;sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com
- **Anthony F. Giuliano** afg@pryormandelup.com
- **Adam Hiller** ahiller@adamhillerlaw.com
- **Allen G. Kadish** akadish@archerlaw.com, chansen@archerlaw.com
- **Jane M. Leamy** jane.m.leamy@usdoj.gov
- **Christopher Dean Loizides** loizides@loizides.com
- **Margaret M. Manning** delawarebankruptcy@albalawgroup.com
- **Joseph J. McMahon** jmcmahon@ciardilaw.com
- **Chase Nathaniel Miller** ecfaccount@orlans.com;ANHSOrlans@InfoEX.com
- **Kathleen M. Miller** kmiller@skjlaw.com, llb@skjlaw.com
- **Sheryl L. Moreau** deecf@dor.mo.gov
- **Kevin F. Shaw** kshaw@archerlaw.com
- **Brett Shea Turlington** bturlington@mnat.com, glenn-reimann-6767@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com
- **U.S. Trustee** USTPRegion03.WL.ECF@USDOJ.GOV
- **Adrienne K. Walker** awalker@mintz.com

/s/ Sherri K. Simpson
Sherri K. Simpson