**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TOUGH MUDDER INC., *et al.*,<br><br>        Debtors. | Chapter 7<br><br>Case No. 20-10036 (CSS)<br>(Jointly Administered)<br><br>**Re: Docket No. 150** |

**CERTIFICATION OF NO OBJECTION REGARDING MOTION
OF PETITIONING CREDITORS FOR AN ORDER ALLOWING AND
DIRECTING PAYMENT OF ADMINISTRATIVE FEES AND EXPENSES**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Motion of Petitioning Creditors for an Order Allowing and Directing Payment of Administrative Fees and Expenses* [Docket No. 150] (the "Motion") filed on April 10, 2020. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than April 27, 2020 at 4:00 p.m. (ET).

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: April 28, 2020

CROSS & SIMON, LLC

By: */s/ Kevin S. Mann*
Kevin S. Mann (No. 4576)
1105 N. Market Street, Suite 901
Wilmington, DE 19801
(302) 777-4200
kmann@crosslaw.com

*Counsel to Valley Builders, LLC, Trademarc Associates Inc., and David Watkins Homes Inc.*