# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 7 |
| | ) |
| TOUGH MUDDER INC., *et al.*,[1] | ) Case No. 20-10036 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Objection Deadline:** |
| | ) May 8, 2020, at 4:00 p.m. (EDT) |
| | ) |
| | ) **Hearing Date:** |
| | ) May 27, 2020, at 3:00 p.m. (EDT) |
| | ) |
| | ) RE: D.I. 162 |
| | ) |

### REVISED NOTICE OF HEARING REGARDING THE SECOND MONTHLY (FOR THE PERIOD MARCH 1, 2020, THROUGH MARCH 25, 2020) AND FINAL APPLICATION OF MORRIS, NICHOLS, ARSHT & TUNNELL LLP, AS COUNSEL TO THE CHAPTER 11 TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD JANUARY 30, 2020, THROUGH AND INCLUDING MARCH 25, 2020

PLEASE TAKE NOTICE that on April 24, 2020, Morris, Nichols, Arsht & Tunnell LLP, as counsel to Derek C. Abbott, Esq., former Chapter 11 Trustee (the "Trustee") for Tough Mudder Inc. ("Tough Mudder") and Tough Mudder Event Production Inc. ("TM Events" and, together with Tough Mudder, the "Debtors") in the above-captioned cases, filed the **Second Monthly (for the Period March 1, 2020, Through March 25, 2020) and Final Application of Morris, Nichols, Arsht & Tunnell LLP, as Counsel to the Chapter 11 Trustee, for Allowance of Compensation and Reimbursement of All actual and Necessary Expenses Incurred for the Period January 30, 2020, Through and Including March 25, 2020** [D.I. 162] (the "Application") in the United States Bankruptcy Court for the District of Delaware (the "Court"). You were previously served with a copy of the Application.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Application, must be: (a) in writing; (b) filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **May 8, 2020, at 4:00 p.m. (EDT)** (the "Objection Deadline"); and (c) served so as to be received on or before the Objection Deadline by:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tough Mudder Inc. (2576) and Tough Mudder Event Production Inc. (6845). The Debtors' address is 15 MetroTech Center, Brooklyn, NY 12201.

   i.    counsel to the Trustee, Morris, Nichols, Arsht & Tunnel, LLP, 1201 N. Market Street, 16th Floor, Wilmington, Delaware 19899, Attn: Curtis S. Miller (cmiller@mnat.com), Matthew B. Harvey (mharvey@mnat.com), Joseph C. Barsalona II (jbarsalona@mnat.com), and Brett S. Turlington (bturlington@mnat.com);

   ii.    the Debtors' 20 largest unsecured creditors on a consolidated basis;

   iii.    the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox #35, Wilmington, Delaware 19801, Attn: Jane Leamy, Esq. (jane.m.leamy@usdoj.gov); and

   iv.    to the extent not listed herein, those parties requesting notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure.

PLEASE TAKE FURTHER NOTICE THAT THE HEARING ON THE APPLICATION WILL BE HELD ON **MAY 27, 2020, at 3:00 P.M. (EDT)** (THE "HEARING") BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM #6, WILMINGTON, DELAWARE 19801.

PLEASE TAKE FURTHER NOTICE that only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Court at the Hearing.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 4, 2020
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Brett S. Turlington*
Curtis S. Miller (No. 4583)
Joseph C. Barsalona II (No. 6102)
Brett S. Turlington (No. 6705)
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: cmiller@mnat.com
       jbarsalona@mnat.com
       bturlington@mnat.com

*Counsel for Derek C. Abbott, Esq., Former Chapter 11 Trustee to Tough Mudder Inc. and Tough Mudder Event Production Inc.*