# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| TOUGH MUDDER INC., *et al.*,[1] | Case No. 20-10036 (CSS)<br>Jointly Administered |
| Debtors. | Re: Docket No. 154 |

### ORDER AUTHORIZING RETENTION OF VERDOLINO & LOWEY, P.C. AS ACCOUNTANTS AND FINANCIAL ADVISORS TO THE CHAPTER 7 TRUSTEE

Upon the application (the "Application")[2] of Derek C. Abbott, as chapter 7 trustee (the "Trustee") of the estates of the above-captioned debtors (the "Debtors"), for entry of an order pursuant to sections 327(a) and 328(a) of title 11 of the United States Code (the "Bankruptcy Code"), Bankruptcy Rules 2014(a) and 2016 (the "Bankruptcy Rules"), and Local Rule 2014-1, authorizing the Trustee to employ Verdolino & Lowey, P.C. ("Verdolino") as his accountants and financial advisor, effective as of March 25, 2020; and upon the Declaration of Craig R. Jalbert annexed thereto (the "Jalbert Declaration"); the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and reference from the District Court pursuant to 28 U.S.C. § 157; (b) notice of the Application and the hearing was sufficient under the circumstances; (c) based on the Jalbert Declaration, Verdolino neither has nor represents any interest materially adverse to the interests of the Debtors' estates, any other parties in interest, or in connection with the Debtors' cases; (d) the Court having determined that Verdolino is a "disinterested person" pursuant to § 101(14) of the Bankruptcy Code; and (e) the Court having determined that the legal

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tough Mudder Inc. (2576) and Tough Mudder Event Production Inc. (6845).

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Application.

and factual bases set forth in the Application and the Jalbert Declaration establish just cause for the relief granted herein; and it appearing to the Court that the said Application should be approved,

IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED as set forth herein.

2. The Trustee is hereby authorized to retain and employ Verdolino as his accountants and financial advisor pursuant to sections 327 and 328 of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Local Rule 2014-1, *nunc pro tunc* to March 25, 2020.

3. Verdolino shall file applications and be compensated in accordance with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other procedures as may be fixed by order of the Court.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

218357136v1

Dated: May 8th, 2020
Wilmington, Delaware

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**