# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| TOUGH MUDDER INC., *et al.*,[1] | Case No. 20-10036 (BLS) <br> Jointly Administered |
| Debtors. | Status Conference Date: April 7, 2022 at 10:45 a.m. (ET) |

## STATUS REPORT OF THE CHAPTER 7 TRUSTEE

Derek C. Abbott, solely in his capacity as the chapter 7 trustee (the "Trustee") of the estates of the above-captioned debtors (the "Debtors"), by and through his undersigned counsel, hereby files this status report and respectfully states as follows:

1. On January 7, 2020 (the "Filing Date"), involuntary petitions under chapter 11 of the Bankruptcy Code were filed against the Debtors with this Court.

2. Prior to the Filing Date, the Debtors hosted, organized and produced "Tough Mudder" obstacle course race events.

3. On January 21, 2020, the Court entered, among other things, the *Order for Relief in Involuntary Case* [D.I. 19].

4. By Order dated January 30, 2020 [D.I. 24], Derek C. Abbott was appointed as the Chapter 11 Trustee for the Debtors' estates.

5. On February 25, 2020, the Court entered an order granting the Trustee's motion to sell substantially all the Debtors' assets to Spartan Race, Inc. [D.I. 81].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tough Mudder Inc. (2576) and Tough Mudder Event Production Inc. (6845).

6. On March 25, 2020, the Court entered the *Order Converting Debtors' Chapter 11 Cases to Chapter 7 of the Bankruptcy Code* [D.I. 124] and the Trustee was appointed as the Chapter 7 Trustee for the Debtors' estates.

7. On July 7, 2021, the Court entered an order [D.I. 233] approving a global settlement between the Trustee and Active Network LLC, the largest prepetition creditor. Pursuant to the settlement, among other things, Active agreed to pay the estate $1,146,509.45 and the parties agreed that Active's prepetition claim would be liquidated, reduced, and allowed in the amount of $14,500,000 (a reduction of approximately $20 million).

8. On November 29, 2021, the Trustee commenced adversary proceeding no. 21-51299 against three of the Debtors' former directors, William T. Dean, Guy D. Livingstone, and Nicholas D. Bodkins (the "D&O Litigation").

9. On January 20, 2022, the Trustee commenced nine (9) adversary proceedings seeking to avoid and recover certain transfers made by the Debtors to or for the benefit of the defendants within 90 days prior to the Filing Date and seeking certain related relief (the "Avoidance Actions").

10. On March 4, 2022, the Court entered the *Order Setting Status Conference Pursuant to 11 U.S.C. § 105(d)* [D.I. 252] directing the filing of a status report including, among other things, (i) any pending matter requiring a hearing or ruling; (ii) any open adversary proceeding; (iii) any anticipated near-term scheduling needs in the case; and (iv) any steps necessary or remaining to close the case (if appropriate). In addition, the Court has scheduled a status conference for April 7, 2022 at 10:45 a.m.

**I.      Pending Matters Requiring a Hearing or Ruling**

11.     At this time, there are no matters pending in the main chapter 7 cases that require a hearing or a ruling.[2]

**II.     Open Adversary Proceedings**

    **a.     D&O Litigation**

12.     On February 28, 2022, Mr. Dean filed an answer [Adv. D.I. 26] to the complaint.

13.     On March 28, 2022, the Court entered orders [Adv. D.I. 31 & 32] extending Messrs. Livingstone's and Bodkins' time to respond to the Trustee's complaint through and including April 29, 2022.

14.     The Trustee has had discussions with counsel to each of the Defendants and counsel to the Debtors' primary director's and officer's liability insurance carrier regarding participating in early mediation. The Trustee recently circulated a list of proposed mediators. The Trustee understands that, subject to agreement on the selection of the mediator, the mediation format and related details, all parties are willing to proceed with mediating the D&O Litigation at this stage.

15.     The Trustee anticipates that, once the parties have finalized the selection of meditator and other details, a consensual order referring the D&O Litigation to mediation will be submitted under certification of counsel.

    **b.     Avoidance Actions**

16.     The following chart sets forth the status of each Avoidance Action:

---

[2] On March 10, 2022, the Trustee filed the First Omnibus Motion of the Chapter 7 Trustee for Entry of an Order Pursuant to Fed. R. Bankr. P. 9019 Approving Settlements of Causes of Action [D.I. 253]. On March 28, 2022, the Court entered an order granting that motion [D.I. 256]. Accordingly, no hearing is required.

| Adv. Proc. No. | Defendant | Date Filed | Date Served | Answer Filed | Answer Due | Status |
|---|---|---|---|---|---|---|
| 22-50062-BLS | Alanic International Corporation | 1/20/22 | 1/24/22 | | 4/22/22 | Parties are engaged in settlement discussions. |
| 22-50063-BLS | Blumencranz Klepper Wilkins & Dubofsky Ltd dba BWD Group LLC | 1/20/22 | 1/24/22 | | 4/22/22 | Settled, subject to documentation and Court approval. Rule 9019 motion to be filed. |
| 22-50064-BLS | Chandler Clarke dba TID, LLC | 1/20/22 | 1/24/22 | | | Settled, subject to documentation and Court approval. Rule 9019 motion to be filed. |
| 22-50065-BLS | Event Medic NY Inc. | 1/20/22 | 1/24/22 | 3/23/22 | | Answer filed. Parties are engaged in settlement discussions. |
| 22-50066-BLS | Google Inc. | 1/20/22 | 1/24/22 | 3/23/22 | | Answer filed. Parties are engaged in settlement discussions. |
| 22-50067-BLS | H2O Operations LLC d/b/a Water Monster | 1/20/22 | 1/24/22 | | 4/22/22 | Settled, subject to documentation and Court approval. Rule 9019 motion to be filed. |
| 22-50068-BLS | International Business Machines Corporation | 1/20/22 | 1/24/22 | | | Settled, subject to documentation and Court approval. Rule 9019 motion to be filed. |
| 22-50069-BLS | James M. Stankiewicz dba Malarkey Photo Group LLC | 1/20/22 | 1/24/22 | | 4/22/22 | Parties are engaged in settlement discussions. |
| 22-50070-BLS | Nationwide Logistics, LLC | 1/20/22 | 1/24/22 | | 4/22/22 | Parties are engaged in settlement discussions. |

17.  For any Avoidance Actions that have not been resolved by the end of April 2022, the Trustee intends to request that the Court schedule an initial pretrial conference or, in lieu thereof, the parties would submit a proposed form of scheduling order on consent.

4

18. In addition to the Avoidance Actions listed above, the Trustee entered into tolling agreements with several parties whom the Trustee believes may have potential exposure to the estates under chapter 5 of the Bankruptcy Code. The Trustee has resolved several of those matters and is working to expeditiously resolve the remaining tolled matters.

### III.  Anticipated Near-Term Scheduling Needs

19. At this juncture, there are no immediate scheduling needs in the main chapter 7 cases or in the adversary proceedings. The Trustee anticipates that, in the normal course, his counsel will reach out to Chambers to request hearing dates as needed.

### IV.  Steps Remaining Before the Cases May be Closed

20. As discussed above, substantially all of the Debtors' assets have been sold.

21. The Trustee recently commenced a litigation campaign and the timing for resolving all such litigation is not currently known.

22. The Trustee currently anticipates that, after all litigations have been resolved and any remaining estate assets have been liquidated, the Trustee would turn to certain other tasks that are necessary to wind up the chapter 7 estates, including reconciling claims and preparing final tax returns, among other things.

Dated: March 29, 2022　　　　　　　　　　　ARCHER & GREINER, P.C.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Bryan J. Hall*
　　　　　　　　　　　　　　　　　　　　　　　David W. Carickhoff (No. 3715)
　　　　　　　　　　　　　　　　　　　　　　　Bryan J. Hall (No. 6285)
　　　　　　　　　　　　　　　　　　　　　　　300 Delaware Avenue, Suite 1100
　　　　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　　　　302-777-4350
　　　　　　　　　　　　　　　　　　　　　　　302-777-4352 (fax)
　　　　　　　　　　　　　　　　　　　　　　　dcarickhoff@archerlaw.com
　　　　　　　　　　　　　　　　　　　　　　　bjhall@archerlaw.com

　　　　　　　　　　　　　　　　　　　　　　　*Counsel for the Chapter 7 Trustee*

223805193

5