# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TOUGH MUDDER INC., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 20-10036 (BLS)<br>(Jointly Administered)<br><br>**Re: D.I. 286** |

**ORDER GRANTING THIRD INTERIM FEE APPLICATION OF ARCHER & GREINER, P.C., ATTORNEYS FOR DEREK C. ABBOTT, CHAPTER 7 TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 1, 2022 THROUGH JUNE 30, 2023**

Upon consideration of the Third Interim Fee Application of Archer & Greiner, P.C., Attorneys for Derek C. Abbott, Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses for the Period April 1, 2022 Through June 30, 2023 (the "Fee Application"), pursuant to 11 U.S.C. §§ 330(a); 331, Bankruptcy Rule 2016, and Local Rule 2016-2, for the period from April 1, 2022 through June 30, 2023 (the "Application Period"); and the Court having thoroughly reviewed the Application; and the Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, that notice of the Fee Application, and any hearing thereon, was adequate under the circumstances, and that the expenses incurred by the Trustee were reasonable and necessary; and after due deliberation and sufficient and good cause appearing therefor, it is hereby ORDERED that:

1. The Fee Application is granted on an interim basis.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tough Mudder Inc. (2576) and Tough Mudder Event Production Inc. (6845).

2

      2.      Archer & Greiner, P.C. ("Archer") is awarded, on an interim basis, compensation in the amount of $31,814.00 for professional services rendered and $62.50 for reimbursement of actual, necessary expenses incurred during the Application Period.

      3.      The Trustee is authorized, but not directed, to pay to Archer 100% of the compensation and 100% of the reimbursable expenses allowed by this Order.

      4.      This Court shall retain jurisdiction over all matters arising from or relating to the interpretation and implementation of this Order.

**Dated: August 18th, 2023**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**